# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00404SPK-LEK |
| CASE NAME: | Peter G. Sebala vs. Dr. James Roche, Secretary, Department of the Air Force |
| ATTYS FOR PLA: | Venetia K. Carpenter-Asui |
| ATTYS FOR DEFT: | Erin Wirtanen |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/3/2006 | TIME: | 9:10-9:17 |

COURT ACTION: EP: Final Pretrial Conference held. Erin Wirtanen participated by phone.

Witnesses: Plaintiff - 7 to 10, Defendant - 2 to 5.
Trial Days: Plaintiff - 3, Defendant - 1 to 2.
Exhibits: Plaintiff - 1 to 100, Defendant - 200 series.
Motions in Limine: Plaintiff - 2 to 3, Defendant - 2 to 3.

Submitted by: Warren N. Nakamura, Courtroom Manager