IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | Civil No. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION OF |
| vs. | ) | COUNSEL |
| | ) | |
| JAMES G. ROCHE, DR., | ) | |
| SECRETARY OF THE AIR | ) | |
| FORCE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **DECLARATION OF COUNSEL**

I, VENETIA K. CARPENTER-ASUI, state that:

1. I am the attorney for the Plaintiff in the above entitled action. I am licensed to practice law before all Courts in the State of Hawaii.

2. I make this statement based upon my personal knowledge.

3. Attached hereto as exhibit A is a true and correct copy of a stipulation to dismiss Randall Nunes as a Defendant and national origin discrimination, filed 9/27/05.

4. Attached hereto as exhibit D is a true and correct copy of Plaintiff's memorandum in opposition to Defendant's motion to dismiss, filed 2/25/05.

5. Attached hereto as exhibit E is a true and correct copy of an Order Denying Motion to Dismiss, filed 3/16/05.

6. Attached hereto as exhibit F is a true and correct copy of excerpts from the deposition of Michael Oyadomori.

1

7.  Attached hereto as exhibit G is a true and correct copy of Christopher Vargas' Personal Data sheet as received from Defendant pursuant to discovery.

I, Venetia K. Carpenter-Asui, do declare under penalty of law that the foregoing is true and correct.

DATED:   Honolulu, Hawaii, January 9, 2006.

_____
VENETIA K. CARPENTER-ASUI