U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SEBALA, PETER G. | 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 | 08-27-1949 | 08-11-2002 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 893 | Within-grade Inc |
| **5-C. Code** | **5-D. Legal Authority** |
| VUL | 5 U.S.C. 5343(e)(2) |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
MOBILE EQUIPMENT SERVICER
C0342 – 119038

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| WG | 5806 | 06 | 01 | $17.37 | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $17.37 | $0 | $17.37 | $0 |

**14. Name and Location of Position's Organization**
15 LOGISTICS SUPPORT DV
PAC COMMAND: 0R
LSDVMG ORG-STR: LSDVMG
HICKAM AFB HI 96853-5000
AUTH PAS: HL0RFSXY

**15. TO: Position Title and Number**
MOBILE EQUIPMENT SERVICER
C0342 – 119038

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| WG | 5806 | 06 | 02 | $18.09 | PH |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $18.09 | $0 | $18.09 | $0 |

**22. Name and Location of Position's Organization**
15 LOGISTICS SUPPORT DV
PAC COMMAND: 0R
LSDVMG ORG-STR: LSDVMG
HICKAM AFB HI 96853-5000
AUTH PAS: HL0RFSXY

## EMPLOYEE DATA

**23. Veterans Preference:** 2 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

**24. Tenure:** 0 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

**25. Agency Use:**

**26. Veterans Preference for RIF:** X YES / NO

**27. FEGLI:** A0 Ineligible

**28. Annuitant Indicator:** 9 Not Applicable

**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** 2 FICA

**31. Service Comp. Date (Leave):** 06-24-2000

**32. Work Schedule:** F Full-Time

**33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)

**35. FLSA Category:** N (E - Exempt; N - Nonexempt)

**36. Appropriation Code:** 124000 27596A |

**37. Bargaining Unit Status:** AF0931

**38. Duty Station Code:** 151885003

**39. Duty Station (City - County - State or Overseas Location):** HICKAM A F BASE / HONOLULU / HAWAII

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | DOD Payroll Office, Pensacola, FL (DE) DE |

**45. Remarks**

Work performance is at an acceptable level of competence.

EXHIBIT B

**46. Employing Department or Agency:** Pacific Air Forces (AF0R)

**47. Agency Code:** AF0R

**48. Personnel Office ID:** 2287

**49. Approval Date:** 09-06-2002

**50. Signature/Authentication and Title of Approving Official**
Debra L. Hodge
HUMAN RESOURCES SPEC/ASSISTANT

000031


Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

**The Action**

- Blocks 5–B and 6–B describe the personnel action(s) that occurred.
- Blocks 15–22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one–time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amount in blocks 12 and 20 do NOT include any one–time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does NOT include any locality–based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your Interim Geographic Adjustment or, beginning in 1994, your locality–based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 – Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296–33 and RIF is explained in FPM Supplement 351–1; both should be available for review in your personnel office.

**Block 26 – Veterans Preference for RIF**

- Indicates whether you have preference for reduction–in–force purposes.

**Block 30 – Retirement Plan**

| | |
|---|---|
| **– FICA** | – Social Security System |
| **– CS** | – Civil Service Retirement System |
| **– CS–Spec** | – Civil Service Retirement System for law enforcement and firefighter personnel |
| **– FS** | – Foreign Service Retirement and Disability System |
| **– FERS** | – Federal Employees' Retirement System |
| **– FERS–Reserve Tech** | –Federal Employees' Retirement System for National Guard Reserve Technicians |
| **– FERS–ATC** | – Federal Employees' Retirement System for Air Traffic Controllers |
| **– FERS–Spec** | – Federal Employees' Retirement System for law enforcement and firefighter personnel |
| **– FSPS** | – Foreign Service Pension System |

**Block 31 – Service Computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full–time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

**Block 32 – Work Schedule**

- Your work schedule is established by your supervisor.
- A full–time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part–time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
- Full–time and part–time employees whose appointments are for 90 days or more are usually elegible to earn annual leave; intermittent employees are not.
- Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full–time, a part–time, or an intermittent schedule during their work season.
- On–call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full–time or a part–time schedule when they are in pay status.

**Block 33 – Part–time Hours Per Biweekly Pay Period**

- Indicates the number of hours a part–time employee is scheduled to work during a two–week pay period.

**Block 34 – Position Occupied**

- Identifies the employment system under which you are serving — the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
- The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

**Block 35 – FLSA Category**

- Exempt employees are not covered by the minimum wage and overtime Law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 – Bargaining Unit Status**

- Identifies a bargaining unit to which you belong, whether or not you are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 – Duty Station**

- Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1–24, 27–39 and 45–50 may be found in Federal Personnel Manual Supplement 292–1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SEBALA, PETER G. | 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 | 08-27-1949 | 10-01-2002 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 790 | Realignment |
| **5-C. Code** | **5-D. Legal Authority** |
| UNM | UMD DTD 09-27-02 |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

**7. FROM: Position Title and Number**
MOBILE EQUIPMENT SERVICER
C0342 - 119038

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| WG | 5806 | 06 | 02 | $18.09 | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $18.09 | $0 | $18.09 | $0 |

**14. Name and Location of Position's Organization**
15 LOGISTICS SUPPORT DV
PAC COMMAND: 0R
LSDVMG ORG-STR: LSDVMG
HICKAM AFB HI 96853-5000
AUTH PAS: HL0RFSXY

**15. TO: Position Title and Number**
MOBILE EQUIPMENT SERVICER
C0342 - 119038

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| WG | 5806 | 06 | 02 | $18.09 | PH |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $18.09 | $0 | $18.09 | $0 |

**22. Name and Location of Position's Organization**
LOGISTICS READINES DV
PAC COMMAND: 0R
VEHICLE MAINTENANC ORG-STR: LGRVM
HICKAM AFB HI 96853
AUTH PAS: HL0RFJKD

**EMPLOYEE DATA**

23. Veterans Preference: 2 (1 - None; 2 - 5-Point; 3 - 10-Point/Disability; 4 - 10-Point/Compensable; 5 - 10-Point/Other; 6 - 10-Point/Compensable/30%)

24. Tenure: 0 (0 - None; 1 - Permanent; 2 - Conditional; 3 - Indefinite)

25. Agency Use:

26. Veterans Preference for RIF: X YES [ ] NO

27. FEGLI: A0 Ineligible

28. Annuitant Indicator: 9 Not Applicable

29. Pay Rate Determinant: 0

30. Retirement Plan: 2 FICA

31. Service Comp. Date (Leave): 06-24-2000

32. Work Schedule: F Full-Time

33. Part-Time Hours Per Biweekly Pay Period:

**POSITION DATA**

34. Position Occupied: 2 (1 - Competitive Service; 2 - Excepted Service; 3 - SES General; 4 - SES Career Reserved)

35. FLSA Category: N (E - Exempt; N - Nonexempt)

36. Appropriation Code: 124000 27596A |

37. Bargaining Unit Status: AF0931

38. Duty Station Code: 151885003

39. Duty Station (City - County - State or Overseas Location): HICKAM A F BASE / HONOLULU / HAWAII

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | DOD Payroll Office, Pensacola, FL (DE) DE |

45. Remarks




46. Employing Department or Agency
Pacific Air Forces (AF0R)

50. Signature/Authentication and Title of Approving Official
Hong V. Miller
SUPERVISOR HUMAN RESOURCES SPECIALIST

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| AF0R | 2287 | 10-09-2002 |

000032



**DEPARTMENT OF THE AIR FORCE**
**PACIFIC AIR FORCES**

April 7, 2003

15LRD/LGRVMG
135 A Street
Hickam AFB, Hawaii, 96853-5212

Peter Sebala
1399 California Ave.
Wahiawa, Hi. 96786

Dear Mr. Sebala,

Your name was referred for consideration in filling the position of Mobile Equipment Servicer WG5806-6. I have selected someone for that position. The quality of candidates referred made the selection process very challenging.

Thank you for the opportunity to consider you. I wish you continued success in your pursuit of employment with the Air Force.

Sincerely,

R. Nunes

Randy Nunes
Selection Official

EXHIBIT D

000097

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Inoye
300 Ala Mona 7-712
HNL 96850

2. Article [illegible]
(Transfe[illegible]

PS Form [illegible]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] | C. Date of Delivery 5/19/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

595-02-M-1035

* HONOLULU P&DC [illegible] 05/19/03 [illegible]

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

PETER G SEBALA
1399 CALIFORNIA AVE
96786

EXHIBIT C

000096

COPY OF OREGINAL LETTER TO SENATE & CONGRESS

April 28, 2003

Dear Congressmen,

My name is Peter Gerald Sebala. I am a Viet Nam Vet. and I've have applied in the last three months for two job openings at H.A.F.B. The first application was for a gardener position. The second application was for a vehicle moble equipment servicer tire shop. I was checking on my applications and found that I was by passed twice. The gardener job was given to a non Vet over a Vet. I called civilian personel employment and questioned why a non Vet got hired over me. Beverly, at personel said there should have been a block on that and would check on it. The following day Beverly called me back and told me that I had scored low on my application. I didn't understand, a non Vet over a Vet.

I have an agricultural back ground. I worked at Oahu Sugar Co. first as a seed cutter and planter of sugar cane, also irrigated,fertilized and treated fields with pesticides etc. I worked at Del Monte Pineapple every summer while in High School. From what I've been told, he is a young man of his early twenties.

I have called Civilian Personel at H.A.F.B, Tanya Stels-Randolf A.F.B,Vet Affairs, Melody Hudson-Work Link-Vet out reach program, Gill Hough-Laboring and Hiring and Federal Job Information. I have a situation that needs help. I am 53 years old and going in circles.

The Second Job was for a Vehicle moble Equipment servicer tire shop. I was hired for this job in January 28, 2002 and worked until January 28, 2003 as an emergency hire. I was told this job would be terminated then would reopen for a permanent position. I had reapplied and was considered but didn't get the job. I talked to Randy Nunes and asked him why Cris over me. I worked there one whole year. Cris and I were hired at

the same time. Randy said he picked the best qualified person.. I told him I have 24 to 25 years experience. Cris is 24 to 25years old. I've worked with tires longer then he's been alive. How much more experience do I need. Randy said Cris had his tire experience in the service. I've got nothing against this person, we worked together for one year. I will put all my experience against his any day. I do want to work and I think I'm being discriminated. I told Randy Nunes I just wanted inforation to follow up on this matter and he said go ahead. Randy had also said that he could use Cris in the body and fender shop. Plus he is young and has a family. Isn't this age discrimination? Body and fender was not on the job application. I have a person that would swear on those words from Randy. I also feel its a personal grudge he has on me. I was there about 3 to 4 months and filed a grievance on him and he never got over it. I'm 53 years old and I have another 10 to 15 good years left and I don't want to waste them. It hurts me very much that I'm healthy and strong and struggling to pay my bills. I'm going in circles, PLEASE HELP!

Thank you,

Peter G. Sebala

SENDER: COMPLE[illegible] | [illegible] THIS SECTION ON DELIVERY

- Complete items 1, [illegible] ...plete item 4 if Restricted [illegible]...ery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Akaka
300 Ala Moana 3-106
HNL 96850

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery 5/16/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article N[illegible]
*(Transfer*[illegible]

PS Form 3[illegible] ...95-02-M-1035

HONOLULU P&DC *2* 05/16/03 *23 39*
UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

PETER G SEBALA
1399 CALIFORNIA AVE
96786

EXHIBIT f

00087

COPY OF OREGINAL LETTER TO SENATE & CONGRESS

April 28, 2003

Dear Congressmen,

My name is Peter Gerald Sebala. I am a Viet Nam Vet. and I've have applied in the last three months for two job openings at H.A.F.B. The first application was for a gardener position. The second application was for a vehicle moble equipment servicer tire shop. I was checking on my applications and found that I was by passed twice. The gardener job was given to a non Vet over a Vet. I called civilian personel employment and questioned why a non Vet got hired over me. Beverly, at personel said there should have been a block on that and would check on it. The following day Beverly called me back and told me that I had scored low on my application. I didn't understand, a non Vet over a Vet.

I have an agricultural back ground. I worked at Oahu Sugar Co. first as a seed cutter and planter of sugar cane, also irrigated,fertilized and treated fields with pesticides etc. I worked at Del Monte Pineapple every summer while in High School. From what I've been told, he is a young man of his early twenties.

I have called Civilian Personel at H.A.F.B, Tanya Stels-Randolf A.F.B,Vet Affairs, Melody Hudson-Work Link-Vet out reach program, Gill Hough-Laboring and Hiring and Federal Job Information. I have a situation that needs help. I am 53 years old and going in circles.

The Second Job was for a Vehicle moble Equipment servicer tire shop. I was hired for this job in January 28, 2002 and worked until January 28, 2003 as an emergency hire. I was told this job would be terminated then would reopen for a permanent position. I had reapplied and was considered but didn't get the job. I talked to Randy Nunes and asked him why Cris over me. I worked there one whole year. Cris and I were hired at

the same time. Randy said he picked the best qualified person.. I told him I have 24 to 25 years experience. Cris is 24 to 25years old. I've worked with tires longer then he's been alive. How much more experience do I need. Randy said Cris had his tire experience in the service. I've got nothing against this person, we worked together for one year. I will put all my experience against his any day. I do want to work and I think I'm being discriminated. I told Randy Nunes I just wanted inforation to follow up on this matter and he said go ahead. Randy had also said that he could use Cris in the body and fender shop. Plus he is young and has a family. Isn't this age discrimination? Body and fender was not on the job application. I have a person that would swear on those words from Randy. I also feel its a personal grudge he has on me. I was there about 3 to 4 months and filed a grievance on him and he never got over it. I'm 53 years old and I have another 10 to 15 good years left and I don't want to waste them. It hurts me very much that I'm healthy and strong and struggling to pay my bills. I'm going in circles, PLEASE HELP!

Thank you,

Peter G. Sebala

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Neil Abercrombie
300 Ala Moana 4-104
Hon 96850

2. Article Nu
(Transfer

PS Form 3

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x Louise Liu ☐ Agent ☐ Addressee

B. Received by (Printed Name) Louise Liu

C. Date of Delivery 5/16/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

5-02-M-1035

HONOLULU P&DC *2* 05/16/03 *23 2**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

PETER G SEBALA
1399 CALIFORNIA AVE
96786

EXHIBIT 9

000083

COPY OF ORIGINAL

SENATE & CONGRESS

April 28, 2003

Dear Congressmen,

My name is Peter Gerald Sebala. I am a Viet Nam Vet. and I've have applied in the last three months for two job openings at H.A.F.B. The first application was for a gardener position. The second application was for a vehicle moble equipment servicer tire shop. I was checking on my applications and found that I was by passed twice. The gardener job was given to a non Vet over a Vet. I called civilian personel employment and questioned why a non Vet got hired over me. Beverly, at personel said there should have been a block on that and would check on it. The following day Beverly called me back and told me that I had scored low on my application. I didn't understand, a non Vet over a Vet.

I have an agricultural back ground. I worked at Oahu Sugar Co. first as a seed cutter and planter of sugar cane, also irrigated,fertilized and treated fields with pesticides etc. I worked at Del Monte Pineapple every summer while in High School. From what I've been told, he is a young man of his early twenties.

I have called Civilian Personel at H.A.F.B, Tanya Stels-Randolf A.F.B,Vet Affairs, Melody Hudson-Work Link-Vet out reach program, Gill Hough-Laboring and Hiring and Federal Job Information. I have a situation that needs help. I am 53 years old and going in circles.

The Second Job was for a Vehicle moble Equipment servicer tire shop. I was hired for this job in January 28, 2002 and worked until January 28, 2003 as an emergency hire. I was told this job would be terminated then would reopen for a permanent position. I had reapplied and was considered but didn't get the job. I talked to Randy Nunes and asked him why Cris over me. I worked there one whole year. Cris and I were hired at

Encl 2 030811

the same time. Randy said he picked the best qualified person.. I told him I have 24 to 25 years experience. Cris is 24 to 25years old. I've worked with tires longer then he's been alive. How much more experience do I need. Randy said Cris had his tire experience in the service. I've got nothing against this person, we worked together for one year. I will put all my experience against his any day. I do want to work and I think I'm being discriminated. I told Randy Nunes I just wanted inforation to follow up on this matter and he said go ahead. Randy had also said that he could use Cris in the body and fender shop. Plus he is young and has a family. Isn't this age discrimination? Body and fender was not on the job application. I have a person that would swear on those words from Randy. I also feel its a personal grudge he has on me. I was there about 3 to 4 months and filed a grievance on him and he never got over it. I'm 53 years old and I have another 10 to 15 good years left and I don't want to waste them. It hurts me very much that I'm healthy and strong and struggling to pay my bills. I'm going in circles, PLEASE HELP!

Thank you,

Peter G. Sebala