Page 38

1    Q.   So when you helped Mr. Vargas change the
2    tires, the two tires on the grader, do you remember
3    approximately how long that was after he started
4    working?  Was that when he was working in the tire
5    shop doing tire work and he was a permanent tire
6    shop guy?
7    A.   Probably a couple months.
8    Q.   So he had a couple of months work under
9    his belt in the tire shop?
10    A.   Yeah.  That's the only time I helped him,
11    when he was a grader.
12    Q.   And did it seem like he was learning the
13    job or he still was inexperienced?
14    A.   He didn't know how to do it, mount the
15    tires.
16    Q.   So he didn't know how to mount the tires
17    on the grader?
18    A.   Right.
19    Q.   And when you would teach him, would he be
20    like a good student like paying attention or would
21    he have an attitude like why are you telling me, I
22    already know this job?
23    A.   No, he never -- no.
24    Q.   Pardon?
25    A.   He observed.  He watched me while I

Page 39

1    explained.  It was like I mounting, I dismounting,
2    and I mounting the tires.  You know, I got to show
3    him and he's not doing the job, you know.
4    Q.   So you did it and he observed?
5    A.   Yeah.
6    Q.   Did he afterwards say thank you for
7    showing me this?
8    A.   No.
9    Q.   Do you know why he didn't thank you?
10    A.   I don't know.
11    Q.   Did he say I don't know why they sent you
12    here, I know what I'm doing?
13    A.   No.
14    Q.   And was there any other time that you
15    went and worked with him -- Mr. Vargas, that is?
16    A.   No, [inaudible] time I showed him and Ace
17    how to operate the machine.
18    Q.   Did you ever hear from anybody else say
19    that Mr. Vargas was inexperienced working in the
20    tire shop?
21    A.   Everybody knew that, that he was -- you
22    know, he wasn't experienced.  Like how Mr. Nunes
23    said, he was qualified for the position, he never
24    need no training, he had the training when he was
25    in the military.  Said as a tanker?  Changing iron

Page 40

1    wheels?  Or whatever.  When he came on board, Mr.
2    Soares had to train him.
3    Q.   What does that mean, changing iron
4    wheels?
5    A.   You know, if you operate a tank, there
6    ain't no rubber wheels on a tank.  It was just like
7    a joke, you know, what he change, iron wheels?
8    It's no relation to rubber tires, split rims.
9    Q.   Could you explain to me what a split rim
10    is?
11         CAPT. WIRTANEN:  Objection; asked
12    and answered.  You can answer the question.
13    A.   Would be a three-piece, five-piece metal
14    rim that you mount and dismount, take apart, which
15    you mount the rubber tire on, either it's tubeless
16    or tube type.  Most times split rims call for an 0
17    ring to seal the bead from leaking to sit the tire
18    bead on to the rim.
19    Q.   Did you ever hear anybody else comment
20    that Mr. Vargas was experienced, any other worker
21    say to you Mr. Vargas didn't know how to do X and I
22    had to show him how?
23    A.   No, only Mr. Soares.
24    Q.   Did you ever hear Randall Nunes himself
25    say anything about the reason he gave Chris Vargas

Page 41

1    the permanent job as a mobile equipment servicer?
2    A.   No.
3    Q.   Did you ever hear Mr. Nunes say anything
4    about Mr. Vargas being young and needing a job?
5    A.   I answered that already.
6    Q.   What was your answer?
7    A.   I answered you on that.
8    Q.   That's a little different question.
9    A.   That's the same, right?
10         CAPT. WIRTANEN:  Can you re-ask the
11    question, please?
12    BY MS. CARPENTER-ASUI:
13    Q.   Did you ever hear Supervisor Nunes say
14    anything about Mr. Vargas needing the job because
15    he had just gotten married?
16         CAPT. WIRTANEN:  Objection; asked
17    and answered.  You can answer the question.
18    A.   Yeah.
19    Q.   You heard Mr. Nunes say that?
20    A.   To me and from Mr. Soares.
21    Q.   No, but did you ever hear Mr. Nunes say
22    the words?
23    A.   To me.
24    Q.   What did he say, Mr. Nunes?
25    A.   Like I told you, the first time when he

11 (Pages 38 to 41)

Page 42

1  came out and he said that Mr. Sebala threatened
2  him, that's the same thing. I said what do you
3  mean, threatened him? Then I asked him, why you
4  hire that guy? Mr. Sebala, Mr. Sebala was
5  qualified for the job. Well, the guy younger and
6  he's married, got family. Maybe he told that to
7  Mr. Soares, too.
8       CAPT. WIRTANEN: I'm going to object
9  to further questioning along these lines because
10 the witness spent at least 20 minutes going through
11 the story of how he heard these statements.
12 BY MS. CARPENTER-ASUI:
13      Q. Okay. I guess I misunderstood because my
14 notes said that Ace came and told you that Mr. --
15      A. Yeah, and he told me that first when I
16 told you and then a couple weeks after or days,
17 then Mr. Nunes -- he had a call from Mr. Sebala.
18 And then I asked Mr. Nunes.
19      Q. Oh.
20      A. Mr. Nunes --
21      Q. Why he did hire him?
22      A. Yeah. Guy, you know, qualified, he's
23 younger, and married.
24      Q. Qualified, younger and married?
25      A. And he have a family. Younger.

Page 43

1       Q. Do you recall that shortly after Chris
2  Vargas received a permanent job as a mobile
3  equipment servicer that he received a permanent
4  promotion to the position of painter?
5       A. Yeah. Painter and tire shop and
6  automotive. All around man.
7       Q. Is that when he began complaining about
8  doing multiple jobs?
9       A. Yeah, he complained to people, yeah,
10 besides me.
11      Q. So was he still doing his tire shop
12 duties when he was temporarily promoted to painter?
13      A. Yes.
14      Q. The time he was temporarily promoted to
15 painter, I'll represent to you, was August '03 to
16 December '03 for 120 days.
17      A. I remember he was on temporary status for
18 painter 120 days, something like 30 days and they
19 extended it or something like that.
20      Q. And who was doing the tire shop job while
21 he was a painter?
22      A. Mr. Soares.
23      Q. Mr. Soares?
24      A. Or what his name? Neal.
25      Q. Who?

Page 44

1       A. Neal.
2       Q. Neal who?
3       A. I forgot his last name. He's a hearing
4  impaired guy.
5       Q. Did you have hear Superintendent Nunes
6  say that he gave Chris Vargas a permanent job as a
7  mobile equipment servicer because he could also
8  perform auto painting in the body and paint shop?
9       A. No.
10      Q. Did you ever hear -- are you aware of the
11 incident on or about May 12, 2005 where there was a
12 verbal disagreement between Chris Vargas and Ace
13 Soares? Are you aware of that?
14      A. No, only from what Mr. Soares said.
15      Q. What did Mr. Soares say?
16      A. That, you know, the guy get angry, you
17 know, get frustrated. Mr. Soares don't want to
18 sign him off.
19      Q. Any other -- are you aware of any
20 disputes at work between Mr. Vargas and any other
21 worker?
22      A. No. Only from what Mr. Soares said what
23 he said about me, you know, using the "F" words and
24 all that.
25      Q. And then he was using the "F" word when

Page 45

1  he said that about you?
2       A. That's what Mr. Soares said. I never
3  like say that first time, the "F" word.
4       Q. But Mr. Soares told you that he used the
5  "F" word?
6       A. Yeah.
7       CAPT. WIRTANEN: Objection; asked
8  and answered already.
9  BY MS. CARPENTER-ASUI:
10      Q. And you and Mr. Vargas never discussed
11 that?
12      A. I'm not going to approach the guy unless,
13 you know, Mr. Soares could be making up a story. I
14 not going to harass nobody. But if he verbally
15 told me in my face, he be one sorry guy.
16      Q. Okay. I'm done.
17      EXAMINATION
18 BY CAPT. VIRTANEN:
19      Q. Mr. Oyadomari, when we started -- before
20 we started this deposition, you were sitting in the
21 reception area; is that correct?
22      A. Over here.
23      Q. Yes?
24      A. Oh, yes.
25      Q. And for a while you left. Where did you

12 (Pages 42 to 45)

Page 46

1  go?
2      A.  Rest room.  The lady gave me da kine rest
3  room and then I was hungry so I bought me a
4  hamburger and a soda.
5      Q.  And during any time prior to the
6  beginning of this deposition, did you have a
7  conversation with Mr. Sebala?
8      A.  No.
9      Q.  You didn't talk to him at all?
10     A.  No, not outside here.
11     Q.  Okay.  When is the last time you spoke
12  with Mr. Sebala?
13     A.  Maybe three, four years ago.
14     Q.  So if somebody says they witnessed the
15  two of you together, that person would be lying,
16  within the last year?
17     A.  Yeah.
18     Q.  So you haven't seen him for two or three
19  years?
20     A.  Two or three years I don't see him.
21     Q.  When you and Mr. Sebala worked together,
22  were you friends?
23     A.  I mean, to me a friend is like, you know,
24  somebody for a long time.  That's what I call my
25  friends.  And I know Mr. Sebala like a year, maybe

Page 47

1  less, I don't know.  I really didn't know the guy,
2  you know.  But, you know, I have friends that knew
3  him, talk about him, that the guy was a tire man,
4  good guy, nice guy, so.  I mean, he's just like any
5  other coworker, you treat them like how they treat
6  you.  He treated me right, he treat me good, never
7  mistreated me in any way.
8      Q.  Would you and Mr. Sebala ever spend time
9  together outside of work?
10     A.  No.
11     Q.  Never?
12     A.  No.  Only at work doing our job.
13     Q.  Are you originally from Hawaii?
14     A.  Born and raised, yeah.
15     Q.  Do you know if Mr. Sebala is from Hawaii?
16     A.  I don't know where he's from.
17     Q.  You don't know if he's from Hawaii?
18     A.  No.  I don't go asking people their
19  background where they was and all that.
20     Q.  Do you know where Mr. Chris Vargas is
21  from?
22     A.  No.
23     Q.  Do you know if he's from Hawaii?
24     A.  I know he is not from Hawaii.
25     Q.  So he's from the Mainland?

Page 48

1      A.  I guess.  He said, you know, he said he
2  had family up there, so I just took it for granted
3  like he's probably from there.  And just looking at
4  him, you know he's not a local boy by the way he
5  talk, you know.  If he was local, you can tell
6  right off the bat just by the way the individual
7  talks.
8      Q.  What about Mr. Sebala and the way he
9  talks and acts, does he act like a local boy or
10  not?
11     A.  Yeah.  Every local guy have an accent
12  like our own accent, how we talk, you know.
13     Q.  But does that apply to Mr. Sebala?
14     A.  Yeah, I know from the way he talk, I know
15  he's originally from here, but I never asked him
16  where you from or -- I don't go question people.
17     Q.  So you made an assumption that he's from
18  Hawaii?
19     A.  Yeah.
20     Q.  You're not working in the tire shop right
21  now, correct?
22     A.  No.
23     Q.  Why not?
24     A.  I got promoted to automotive worker,
25  mechanic.

Page 49

1      Q.  And did you also -- what is your --
2  strike that.  What do your duties entail right now?
3      A.  Repairing and -- R & R vehicles.  And
4  right now I'm on a profile right now, light duty.
5      Q.  You're on a profile for what?
6      A.  Light duty.  I'm driving a taxi on the
7  flight line, picking up crew members, crew chiefs,
8  taking them to their destination or wherever they
9  are going.
10     Q.  And a profile means a medical limitation?
11     A.  Yes.  Injury on the job.
12     Q.  I don't want to ask personal questions,
13  but is it a physical injury of your body or an
14  injury of your mind?
15     A.  No.  Body.  Physical.  Not mentally.
16     Q.  Okay.  Mr. Nunes was your supervisor for
17  what period of time?
18     A.  I forgot how long, but pretty long,
19  probably -- I remember when Mr. Hostallero was our
20  supervisor -- my supervisor.  Then he stopped down
21  and took a downgrade for what reason, I don't know.
22  And then Mr. Nunes got hired.  So I don't know how
23  long -- actually how long he was a supervisor.
24     Q.  Can you give me an approximation of how
25  long he was your supervisor?  Months, years?

13 (Pages 46 to 49)

Page 50

1    A.  I can say maybe like -- I'm just
2  guessing, three, four years, maybe, five.  I don't
3  know.  I don't remember.  I don't know how long he
4  held that position as a supervisor.
5    Q.  Do you respect Mr. Nunes as a supervisor?
6    A.  Intermittent.
7    Q.  Have you had any disciplinary action
8  against yourself from Mr. Nunes?
9    A.  Yes.  Both Mr. Nunes and Mr. Peris.
10    Q.  Can you describe what kind of
11  disciplinary action you received?
12    A.  Disrespectful towards a supervisor.
13  Mr. Peris.
14    Q.  And this was a letter of counseling,
15  letter of reprimand?
16    A.  Reprimand.  And which they made up their
17  own stories and all that and they said it was
18  mandatory -- the paper that he gave me was
19  mandatory that I had to do this and, you know, he
20  added altogether smoking, being disrespect,
21  qualified me for a letter of reprimand.  And when I
22  found the letter about five, six months after, then
23  I gave it to the union guy.  Then he took it down
24  to Mr. Nunes and look at that, does this say
25  mandatory?  He said no.  Well, you pull the

Page 51

1  reprimand out of his jacket.  I was supposed to be
2  a reprimand for two years.  They pulled it out of
3  my record for less than a year.
4    Q.  Ultimately -- I don't want to get into
5  the facts too much of what you supposedly did, but
6  do you disagree with the reason behind getting the
7  letter of reprimand?  Do you think your innocent of
8  whatever they've said you've done.
9    A.  What was that?
10    Q.  Do you think you're innocent of what they
11  gave you the letter of reprimand for?
12    A.  I am.
13    Q.  And does that make you angry at Mr. Nunes
14  and Mr. Peris for alleging something that you say
15  you didn't do?
16    A.  I wasn't angry.  I was just wondering why
17  those guys like that, why they are, you know, why
18  they acting like that towards me.  I did nothing
19  wrong to them, you know.
20    Q.  But they have said you've done something,
21  they have alleged you did something and you didn't
22  do it, so aren't you upset about that?
23    A.  Yeah, I got upset.  But, you know, I
24  don't want to like how you say you don't want to
25  get into that -- I don't want to get into the past.

Page 52

1  But just what was documented, you know, lies.
2  That's one thing I cannot tolerate, people lying
3  about me.
4    Q.  And when people lie about you, it makes
5  you unhappy or angry?
6    A.  Anybody.  Somebody lie about you, you'd
7  get angry or upset.
8    Q.  Of course.  And the people who are lying
9  about you with this letter of reprimand was
10  Mr. Nunes?
11    A.  And Mr. Peris.
12    Q.  And Mr. Peris.
13    Do you like Mr. Vargas?
14    A.  I don't really know the guy.  It's like
15  Mr. Sebala is, you know, like how I said, you know,
16  if I going to like somebody, going to have to be a
17  good friend, know somebody like 20, 25 years, a
18  long time.  I not just like anybody.
19    Q.  Do you like Mr. Soares?
20    A.  I not going to say I dislike the guy or
21  like the guy.  Same, you know.  He's just a
22  coworker, that's all.
23    Q.  You testified about when you had to teach
24  or show Mr. Soares how to use the tire dismounter
25  and mounter.  How long has Mr. Soares been in the

Page 53

1  tire shop?
2    A.  Okay.  Mr. Soares used to work in the
3  tire shop.  When he worked in the tire shop, it was
4  all by hand.  There wasn't no tire machine.  So in
5  other words, Mr. Soares from the old school with no
6  tools, operating tools.  So when I got there, there
7  was machines.  That's the difference.  So I was
8  qualified and I learned the machines.  Mr. Soares
9  did not have experience in the machines.  So he
10  asked me, I went in there for about five, ten
11  minutes and showed them two guys how to operate.
12  Got to play with the machine, get familiar with it.
13    Q.  How long -- how long did -- have you had
14  the machine in the shop?
15    A.  About four or five years, you know, when
16  I was in the tire shop, four or five years, around
17  there.
18    Q.  And what was Mr. Soares -- where was he
19  working for those four or five years that he wasn't
20  working using it?
21    A.  He was CE grounds.  And then there was a
22  RIF and he came down to our side.
23    Q.  And by a RIF you mean reduction in force?
24    A.  Reduction in force.
25    Q.  The tire machine that you have in the

14 (Pages 50 to 53)

Page 54

1   shop, what -- what's the brand name of this
2   machine?
3       A.   I forget.  I forget the brand.
4       Q.   Are there different brands of machines?
5       A.   Yes.  I forgot.
6       Q.   And would it be a true statement that
7   different brands of machines have different
8   functions, they do different levers?
9       A.   Yes, right.
10      Q.   Do you know what type of machine
11  Mr. Vargas had in his Army service that he used?
12      A.   I don't know.  I don't even know if he
13  worked.  From what Mr. Nunes said, he was
14  experienced.
15      Q.   But what do you know?  I want to know
16  what you know.  Do you know if he used the same
17  machine?
18      A.   No.  I don't know if he used that
19  machine.  I don't know if he used -- if he fixed
20  tires in the military.
21      Q.   Okay.
22      A.   I don't even know if he was in the
23  military.  Only from what they say.
24      Q.   You talked about Mr. Vargas.  You said
25  that he took a long time to train and Ms. Carpenter

Page 55

1   asked you how long and you said a month.  Is that
2   correct?
3       A.   Probably about a month.
4       Q.   And once he was trained --
5       A.   Maybe less.  I could be wrong.  About a
6   month, I say that.
7       Q.   Approximately a month?
8       A.   Yeah.
9       Q.   Once he was trained, was he then able to
10  do the job?
11      A.   Like I said, I don't know if Mr. Soares
12  signed him off so -- from what I observed like, he
13  still had a hard time working on tires which after
14  a month, you know, it was a couple months after
15  that when he approached Mr. Nunes, help him on the
16  grader, so I went in and help him because he was
17  getting hard time mounting the grader tires.
18      Q.   You are talking about a grader.  I don't
19  know what that is.
20      A.   A grader is a machine that level out
21  dirt.  It got big tires on it.  Yeah.  And it's
22  tubeless and got an O ring on it and you got to sit
23  the bead.  Sitting the bead.
24      Q.   Normally --
25      A.   It's not easy.

Page 56

1       Q.   Normally does it take more than one
2   person to work on a grader?
3       A.   No.  One person can do it by himself if
4   you're experienced.
5       Q.   Mr. Vargas received a promotion since
6   he's been there, right, to the temporary promotion?
7       A.   From what I understand, yeah, just a
8   temporary, you know, 120 days.  First it was
9   30 days, 120, temporary.  I don't know if permanent
10  or what, you know.
11      Q.   Do you know if he received additional
12  money as a part of that promotion?
13      A.   I know that's a higher grade than the
14  tire shop, so if you're saying additional more
15  money.
16      Q.   Yes.
17      A.   The tire shop -- painter is more pay.
18  You get paid more.
19      Q.   Why didn't you get that promotion?
20      A.   I'm not a painter.
21      Q.   You mentioned that everybody swears in
22  the workplace.  Do you swear in the workplace?
23      A.   Yeah, I swear.  Everybody swear.  You
24  know when we're talking stories.  Not the kind --
25  you can be -- I don't know, it's the way we was

Page 57

1   raised.  When we talk, you know, the words just
2   come out normal like.  That's our style of talking,
3   you know, if you pretend -- if you asking me if I
4   swear at that supervisor, no, I don't do that kind
5   of stuff.  But in normal conversations, yeah, we
6   swear.  Everybody talk.
7       Q.   I asked you earlier about that reprimand
8   that you received.  Do you have any other
9   disciplinary actions?
10      A.   No.
11      Q.   Have you received anything else?
12      A.   No.
13      Q.   So you've worked at Hickam for almost
14  20 years?
15      A.   Twenty-one years.
16      Q.   And only one disciplinary action?
17      A.   Yes.
18          (Brief recess.)
19          FURTHER EXAMINATION
20  BY MS. CARPENTER-ASUI:
21      Q.   Mr. Oyadomari, you understood that the
22  court reporter made you swear an oath to tell the
23  truth here today?
24      A.   Yes.
25      Q.   And all of your testimony about your

15 (Pages 54 to 57)

Page 58

1  communications with Mr. Sebala were true and
2  correct?
3      A.  Yes.
4      Q.  And you have not been contacted from me
5  or anyone by my office?
6      A.  No.
7      Q.  Ever before?
8      A.  No.
9      Q.  Correct?  All done.
10         (Concluded at 3:01 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1      I, MICHAEL OYADOMARI, hereby certify that I have
read the foregoing typewritten pages and
2  corrections, if any, were noted by me, and the same
is now a true and correct transcript of my
3  testimony.
4
5

6    MICHAEL OYADOMARI
7
8  Signed before me this _____ day
of_____, 2005.
9
10
   _____
   WITNESS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

1          C E R T I F I C A T E
2    I, LYNANN NICELY, C.S.R., do hereby certify:
3    That I was acting as shorthand reporter in the
   foregoing matter on November 8, 2005;
4
     That the witness, whose testimony is contained
5  herein, prior to being examined and pursuant to
   stipulation was by me duly sworn or affirmed, that
6  the proceedings were taken by me in machine
   shorthand and were thereafter reduced to print
7  under my supervision by means of computer-assisted
   transcription; that the foregoing represents, to my
8  best ability, a true and accurate transcript of the
   proceedings had in the foregoing matter;
9
     That, if applicable, the witness was notified
10  through counsel, by mail, or by telephone to appear
   and sign; that if the deposition is not signed,
11  either the reading and signing were waived by the
   witness and all parties, or the witness failed to
12  appear and the original has been sealed unsigned;
13    That pursuant to HRCP 30(f)(1) the original
   will be forward to noticing counsel for retention.
14
     I further certify that I am not attorney for
15  any of the parties hereto, nor in any way
   interested in the outcome of the cause named in the
16  caption.  Dated on 11/15/2005.
17
18    _____
     LYNANN NICELY, RPR
     Notary Public, State of Hawaii
19    My commission expires:  1/24/06
20
21
22
23
24
25

16 (Pages 58 to 60)

**A**

ability 59:8
able 55:9
about 6:19 8:25 9:4
  10:5 12:9,17 13:18
  14:1,11,13,14 15:2
  15:13 16:2 17:13
  19:9,10 20:1 22:10
  24:11 25:23 27:2,25
  28:4,8,19 30:5 31:3
  31:24,24 32:25 34:8
  35:2,14,15 36:13
  37:1,1,19 40:25 41:4
  41:14 43:7 44:11,23
  45:1 47:3 48:8 50:22
  51:22 52:3,4,6,9,23
  53:10,15 54:24 55:3
  55:5,18 57:7,25
accent 48:11,12
accurate 59:8
Ace 9:10 10:4,4,7,8,14
  10:23 11:4,20 12:25
  13:2,3,5,7,13,14,15
  13:18 14:11,14,16,21
  17:16 22:7,25 23:22
  23:23 24:8,8 25:15
  30:8,18 32:24,24
  33:17 35:9,10,11,11
  35:19 39:16 42:14
  44:12
across 14:22
act 48:9
acting 51:18 59:3
action 50:7,11 57:16
actions 57:9
activities 31:10
acts 48:9
actual 19:20
actually 7:14 17:16
  36:22 49:23
added 50:20
additional 56:11,14
affirmed 59:5
after 14:24 23:1 34:24
  38:3 42:16 43:1
  50:22 55:13,14
afternoon 34:11
afterwards 39:6
again 13:18 16:8
against 50:8
age 4:21 27:2
ago 46:13
aid 19:11
ain't 35:7 40:6
air 1:8 2:10 5:1,21 6:1
  15:19 17:9
alleged 51:21
alleging 51:14

Allen 11:23
almost 26:5 57:13
along 42:9
already 7:15 8:7 22:20
  22:22 24:7 38:22
  41:5 45:8
altogether 50:20
always 12:10,13
angry 14:18,18,20 15:8
  15:12,12 32:23,24
  36:6,8 37:21 44:16
  51:13,16 52:5,7
another 20:17
answer 40:12 41:6,17
answered 34:16 40:12
  41:5,7,17 45:8
anybody 8:21 25:9
  33:4 39:18 40:19
  52:6,18
anyone 9:3 11:21 26:22
  27:1 33:11,16 58:5
anything 8:24 9:3
  14:11 22:10,18 23:16
  30:5 31:5 35:2 40:25
  41:3,14 57:11
apart 14:4,5,8,9 40:14
appear 23:24 31:15
  59:10,12
applicable 59:9
apply 48:13
appointment 35:9,23
approach 45:12
approached 13:5 55:15
approximately 10:13
  19:24 38:3 55:7
approximation 49:24
area 30:23 45:21
areas 28:25
Arlington 2:11
arm 19:7 20:6,8,8,11
  21:4 22:6 23:7
Army 9:23 12:16 54:11
around 11:25 13:11
  15:9 23:2,4 28:11
  36:19 37:18 43:6
  53:16
asked 8:12 9:14,16,17
  10:8 11:1,2,9,10 13:5
  23:1,23 25:19 27:25
  28:23 35:1,4 40:11
  41:16 42:3,18 45:7
  48:15 53:10 55:1
  57:7
asking 8:15,18 47:18
  57:3
assigned 5:20
assisted 28:2
assumption 48:17

attached 4:3 20:22,23
attention 38:20
attitude 38:21
attorney 59:14
August 43:15
auto 44:8
automobile 31:20
automotive 5:16 6:1,11
  37:10,16 43:6 48:24
aware 6:13 26:23 31:12
  44:10,13,19
away 10:7 12:25 13:12
  31:24

**B**

B 3:6
back 8:10 14:6 16:19
  35:11
background 47:19
Base 5:1,21 6:2
bat 30:3 48:6
bead 16:6,15 17:9
  40:17,18 55:23,23
before 6:5,8 23:8,8,25
  30:1 45:19 58:7 60:8
began 43:7
beginning 46:6
behalf 1:19 4:6
behind 51:6
being 22:16 30:6 34:20
  41:4 50:20 59:5
believe 35:24
belt 38:9
besides 43:10
best 30:15,25 59:8
between 30:8,12 44:12
  44:20
beyond 34:13
big 15:24 16:1 18:8
  55:21
bigger 29:14,14,15,17
  29:18
birth 4:19
blue 10:25
board 9:14 10:3 40:1
body 44:8 49:13,15
Born 47:14
Both 31:9 50:9
bottom 20:24 21:17
  22:1
bought 46:3
Boulevard 2:10
bowling 31:6
boy 48:4,9
brand 54:1,3
brands 54:4,7
BREE 2:9
Brief 34:22 57:18

brought 19:16 26:11
bust 16:6
busts 16:12,15

**C**

C 2:1 4:14,15,16 59:1,1
call 9:16 40:16 42:17
  46:24
called 4:6 11:6 32:18
calls 27:15
came 5:8 9:10,14,15
  10:3,8,14 12:1,2
  25:19 26:7,8 27:12
  35:4,11 40:1 42:1,14
  53:22
capable 32:15
Capt 3:4 18:12,23
  22:12 33:25 34:5,10
  34:16,20 40:11 41:10
  41:16 42:8 45:7,18
CAPTAIN 2:9
caption 59:16
Carl 4:18
Carpenter 18:12 54:25
Carpenter-Asui 1:13
  1:20 2:4 3:3 4:11
  18:15 19:2,8,12
  33:20 34:3,7,14,18
  34:23 41:12 42:12
  45:9 57:20
carpentry 6:10,11
cause 59:15
CE 53:21
certain 29:6
certificate 32:7
certify 59:2,14 60:1
change 7:20 35:6 38:1
  40:7
changing 10:1 36:20
  39:25 40:3
chiefs 49:7
Chris 9:11,14 10:3,15
  10:16,18 13:7,7,13
  13:19 14:12 27:23
  35:21 36:13 40:25
  43:1 44:6,12 47:20
CIVIL 1:6
clamp 20:13
classifications 36:14
clear 31:21,25
clearly 18:4
close 16:9
closer 31:15
clue 19:10
come 7:23 8:12 11:4
  14:16 34:24 57:2
coming 15:7 35:8
commencing 1:20

comment 40:19
commission 59:19
communications 58:1
Company 6:16
comparison 31:16
complain 37:1
complained 10:4 37:2
  43:9
complaining 43:7
complains 36:13
complaint 37:6
complicated 29:19
compound 22:12
computer-assisted 59:7
concentrate 10:5 13:11
Concluded 58:10
confidential 12:3
confidentiality 12:5
Connected 22:5
contacted 58:4
contained 59:4
Contains 34:5
control 27:11
conversation 46:7
conversations 57:5
correct 45:21 48:21
  55:2 58:2,9 60:2
corrections 60:2
counsel 33:21 59:10,13
counseling 50:14
couple 9:13 13:15 17:8
  36:25 38:7,8 42:16
  55:14
course 52:8
court 1:1 4:1 57:22
coworker 12:5 47:5
  52:22
crew 49:7,7
cussing 35:14
C-A-R-L 4:18
C.S.R 59:2

**D**

D 3:1
da 46:2
dangerous 15:17
Darryl 11:20
date 4:19 5:2,4 10:17
Dated 59:16
day 16:21 17:6,7 35:24
  60:8
days 42:16 43:16,18,18
  56:8,9
December 43:16
deep 16:4
Defendant 1:9 2:8
DEPONENT 19:5
deposed 34:21

**deposition** 1:13,17 18:10 45:20 46:6 59:10
**describe** 18:4 29:21 50:10
**description** 37:8,12
**destination** 49:8
**determine** 34:12
**diagram** 3:9
**diesel** 6:3
**difference** 53:7
**different** 15:20 20:5 41:8 54:4,7,7,8
**difficulty** 29:9
**dirt** 55:21
**disagree** 51:6
**disagreement** 44:12
**disappointed** 36:8
**disc** 21:10
**disciplinary** 50:7,11 57:9,16
**Disclosure** 4:2
**discovery** 33:24
**discrimination** 11:15
**discussed** 45:10
**discussion** 10:25
**dish** 16:13,15 21:4,7,8 21:9,10,11,12,13,15 21:21 23:7
**dislike** 52:20
**dismount** 16:17 17:1 19:18 21:5,14,18,20 40:14
**dismounter** 15:22 52:24
**dismounting** 17:22,22 39:1
**dismounts** 21:22
**display** 16:6
**disputes** 44:20
**disrespect** 50:20
**Disrespectful** 50:12
**DISTRICT** 1:1,1
**doctor** 35:8,23
**document** 34:4,11,13
**documented** 52:1
**documents** 33:24,25 34:19
**doing** 8:13,13 9:25 14:7 31:5 36:10,11,15,16 37:7,16 38:5 39:3,12 43:8,11,20 47:12
**done** 45:16 51:8,20 58:9
**down** 20:9 29:14 37:4 49:20 50:23 53:22
**downgrade** 49:21
**DR** 1:7

**draw** 18:4,6,8 19:5
**drawing** 18:25 19:2 20:5
**drink** 31:9
**drinking** 31:6
**driver's** 27:20
**driving** 49:6
**duly** 59:5
**during** 46:5
**duties** 6:1 7:10,24 8:19 8:22 9:1 31:20 43:12 49:2
**duty** 49:4,6

**E**
**E** 2:1,1 3:1,6 59:1,1
**each** 18:9 19:13 24:4
**earlier** 57:7
**easy** 12:12 15:16 55:25
**either** 40:15 59:11
**elbows** 13:11
**em** 9:18 14:17,25 16:22 17:13,22 26:11 36:20
**employed** 4:25
**employee** 12:6
**employment** 24:21
**end** 18:24
**entail** 49:2
**equipment** 6:22 10:19 41:1 43:3 44:7
**ERIN** 2:9
**Esq** 1:14,20 2:4,9
**even** 6:5 18:21 54:12 54:22
**ever** 7:23 8:15,18,21,24 9:6 15:9 24:20 26:22 27:1 28:22 32:20 33:11,15,22 34:24 36:4,9 37:23 39:18 40:19,24 41:3,13,21 44:10 47:8 58:7
**Every** 48:11
**everybody** 11:17,18 12:1,17 16:20 37:25 37:25 39:21 56:21,23 57:6
**everything** 32:1
**exact** 10:17
**exactly** 19:4 37:13
**EXAMINATION** 3:2 4:10 45:17 57:19
**examined** 4:8 59:5
**example** 31:16
**exhibit** 3:7 18:3,5,10
**experience** 6:5,9,14 9:23 10:2 12:18,20 25:7 53:9
**experienced** 9:22 29:24

39:22 40:20 54:14 56:4
**experts** 8:6,7
**expires** 59:19
**explain** 15:21 40:9
**explained** 17:12 39:1
**explode** 17:23
**extended** 43:19

**F**
**F** 44:23,25 45:3,5 59:1
**face** 15:7,11 35:18 36:2 45:15
**fact** 7:12
**facts** 51:5
**failed** 59:11
**familiar** 23:9 24:4 25:25 26:16 27:7 53:12
**family** 9:12 10:15 11:5 30:12 42:6,25 48:2
**fast** 16:23,24,24
**father-in-law** 27:8,24 28:1
**favor** 28:23
**feet** 16:2 37:4
**felt** 12:2
**field** 6:6
**fifty-one** 4:22,23
**figure** 25:7
**file** 11:12,13,14 12:9
**finished** 9:18,19 11:12
**fire** 9:18
**first** 17:18 22:9,15 25:10,16 26:6 27:12 28:12 41:25 42:15 45:3 56:8
**fishing** 31:10
**five** 16:3,3,4,4 25:23 26:5 30:2 33:17 50:2 50:22 53:10,15,16,19
**five-piece** 40:13
**fix** 7:20
**fixed** 54:19
**flight** 49:7
**floor** 2:11 21:18,19 22:2,3
**fly** 17:23,24 18:1
**follows** 4:9
**follow-up** 35:1
**foot** 20:24 21:1
**force** 1:8 2:10 5:1,21 6:1 15:19 53:23,24
**foregoing** 59:3,7,8 60:1
**forget** 54:3,3
**forgot** 44:3 49:18 54:5
**fork** 18:2
**forward** 59:13

**found** 50:22
**foundation** 21:25
**four** 35:6 46:13 50:2 53:15,16,19
**friend** 46:23 52:17
**friends** 46:22,25 47:2
**from** 4:24 5:14,20,25 6:18 7:8 8:7 10:7 12:25 13:12 14:22 15:15 17:20 24:16,20 25:7,14 31:19,24 39:18 40:17 41:20 42:17 44:14,22 47:13 47:15,16,17,21,23,24 47:25 48:3,14,15,16 48:17 50:8 53:5 54:13,23 55:12 56:7 58:4
**frustrated** 14:14,23 15:6,11 36:6,7 44:17
**frustrating** 14:19 15:19
**full** 4:12
**functions** 54:8
**further** 42:9 57:19 59:14

**G**
**G** 1:4,7
**gas** 6:3
**gave** 34:25 40:25 44:6 46:2 50:18,23 51:11
**gentleman** 18:19
**getting** 15:18 28:3 36:23,24 51:6 55:17
**give** 8:11 49:24
**given** 18:24
**go** 8:3,8 13:10 23:7 25:20 26:14 28:11 30:22 33:4 36:14 46:1 47:18 48:16
**Goes** 16:15
**going** 9:18 10:21 11:12 11:13 12:9,25 13:2 13:13 14:15 18:5 31:6,6 33:20 35:9 36:17,18 42:8,10 45:12,14 49:9 52:16 52:16,20
**good** 8:13,24 9:2 13:24 19:6 35:17 36:1 38:20 47:4,6 52:17
**gotten** 41:15
**Governing** 4:1
**grade** 56:13
**grader** 29:10,12,16 35:5,6 38:2,11,17 55:16,17,18,20 56:2
**granted** 48:2

**grounds** 53:21
**guess** 11:14,14 14:24 33:2 35:10 42:13 48:1
**guessing** 50:2
**guy** 8:6,12 9:22,22 10:1 13:23 14:17,23 25:5 25:6,7 30:4 32:23 38:6 42:4,5,22 44:4 44:16 45:12,15 47:1 47:3,4,4 48:11 50:23 52:14,20,21
**guys** 10:10,24 11:22 25:25 26:11 51:17 53:11

**H**
**H** 3:6
**half** 17:7
**hamburger** 46:4
**hand** 21:3 53:4
**Hand-drawn** 3:9
**happen** 12:5 23:10
**happened** 30:8
**happening** 19:4
**harass** 45:14
**hard** 13:16,19,20,25 15:13,14 17:9 29:7 55:13,17
**having** 4:7 10:24 14:7 14:12 17:2
**Hawaii** 1:1,20 2:5 4:2 47:13,15,17,23,24 48:18 59:18
**hear** 8:24 9:6 27:1 28:6 36:4,9 37:22,23 39:18 40:19,24 41:3 41:13,21 44:5,10
**heard** 28:4,9 41:19 42:11
**hearing** 44:3
**held** 50:4
**help** 13:6 19:3,8 29:1 32:16 35:4,10 55:15 55:16
**helped** 12:22 13:9 38:1 38:10
**helping** 13:7 28:8
**hereto** 4:3 59:15
**hey** 12:2 35:16,16 36:13 37:3
**Hickam** 5:1,21 6:1 57:13
**high** 16:2
**higher** 56:13
**him** 6:17 7:15,16,19 8:2 8:4,5,11,13 9:11,16 9:17,19,20,25 10:6

Page 3

11:1,2,3,10,18 13:1,3
13:6,9,14,21 15:1,19
22:19 23:1 24:20,22
24:24 25:3,4,5,9,10
25:18,24 28:23 29:23
33:9 34:25 35:23
36:4,5,9,11,25 37:16
37:22 38:10,19 39:3
39:15,16 40:2,22
42:2,3,3,21 44:18
46:9,18,20 47:3,3
48:4,15 55:12,15,16
**himself** 40:24 56:3
**hire** 5:2,4 11:4 42:4,21
**hired** 5:9,13 6:5,8 9:11
9:11,13 10:14,17,18
18:16,20 28:13,14
49:22
**hit** 17:23
**holder** 20:13
**holds** 16:5,10,11 20:9
20:15,16 27:17
**Honolulu** 1:20 2:5
**Hostallero** 49:19
**hour** 16:21
**hours** 17:8
**HRCP** 59:13
**hungry** 46:3
**hurt** 15:18 17:19,20
26:18 36:16

___
**I**
___
**identification** 18:11
**impaired** 44:4
**inaudible** 35:13 39:16
**incident** 44:11
**indicate** 22:19
**individual** 32:14 48:6
**inexperienced** 29:20,22
29:24 30:4,6 38:13
39:19
**initially** 7:13 12:22
34:25
**injured** 26:22
**injury** 49:11,13,14
**innocent** 51:7,10
**inside** 20:15
**instruction** 34:25
**interested** 59:15
**Intermittent** 50:6
**iron** 10:1 39:25 40:3,7

___
**J**
___
**jacket** 51:1
**JAMES** 1:7
**January** 4:24,24 5:14
5:14 6:4,13,20,21 7:8
7:8

**job** 5:15,25 7:24 8:16
8:19,22 9:7 14:12
28:3 36:10,10,22
37:12,15 38:13,22
39:3 41:1,4,14 42:5
43:2,20 44:6 47:12
49:11 55:10
**jobs** 36:15 37:1,7 43:8
**joke** 40:7
**just** 7:16 8:8 10:25
11:11,25 17:12 18:4
23:22 25:4,5,18
26:13,13,15,16 27:14
28:9 29:4,14,17,23
33:4,17 35:25 37:17
37:21 40:6 41:15
47:4 48:2,3,6 50:1
51:16 52:1,18,21
56:7 57:1

___
**K**
___
**K** 1:13 2:4
**keep** 22:6
**kind** 12:3 14:4 15:20
30:12 31:8 32:25
37:15 50:10 56:24
57:4
**kine** 46:2
**knew** 6:17,17 8:7 22:22
26:1 39:21 47:2
**know** 7:14,18,19,24
8:11,22 9:20,20,21
9:23 10:8,16,17,23
11:14 12:1,13 13:2,3
13:6,7,9,14,16,20,21
13:23 14:5,23,25
15:13,15 16:20,23
17:4,18 18:21 19:24
22:8,20,20,23,24,25
23:7 24:7,24 25:5,7
25:19,21,25 26:13,24
27:10,21,23 28:2,5,8
28:9,10,11,18 30:1,4
30:14,17 31:2,5
32:10,17,19,19,22,22
32:22,23,25 33:3,7
34:3,15,19 35:13,23
36:7,8,15,21,23,25
37:5,10,12,16,17,17
38:14,16,22 39:2,3,9
39:10,11,12,22 40:5
40:7,21 42:22 44:16
44:17,23 45:13 46:23
46:25 47:1,1,2,2,15
47:16,17,20,23,24
48:1,4,5,12,14,14
49:21,22 50:3,3,19
51:17,19,23 52:1,14

52:15,15,17,21 53:15
54:10,12,12,15,15,16
54:16,18,19,22 55:11
55:14,19 56:8,9,10
56:11,13,24,25 57:1
57:3
**knowledge** 34:13

___
**L**
___
**label** 18:9 19:13 20:24
21:23
**labeled** 20:6,13
**labelled** 20:4
**lady** 46:2
**last** 44:3 46:11,16
**later** 18:6 28:13
**law** 1:19
**lawyer** 7:5
**leaking** 40:17
**learn** 12:15 13:20
14:24 16:22 17:17
32:8
**learned** 53:8
**learning** 14:1,12 15:19
38:12
**least** 42:10
**left** 27:21 45:25
**less** 16:25 47:1 51:3
55:5
**let** 13:23 36:14
**letter** 50:14,15,21,22
51:7,11 52:9
**level** 55:20
**levels** 22:5
**levers** 54:8
**lie** 52:4,6
**lies** 52:1
**lifts** 20:8 23:7
**light** 49:4,6
**like** 11:17 12:2,3,14
13:11 14:17 15:23
17:13 19:6 23:18
25:10,11 27:14 31:6
31:16,24 33:3 36:7
37:9,17 38:12,20,20
38:21 39:1,22 40:6
41:25 43:18,19 45:3
46:23,25 47:4,5 48:3
48:9,12 50:1 51:17
51:18,24 52:13,14,15
52:16,17,18,19,21
55:11,12 57:2
**Lim** 11:20
**limitation** 49:10
**line** 18:13 31:21,23
49:7
**lines** 42:9
**lips** 12:7

**listen** 14:17
**little** 41:8
**local** 48:4,5,9,11
**lock** 16:16
**long** 6:18 15:1,3 16:18
17:2,4 24:9,10,10
38:3 46:24 49:18,18
49:23,23,25 50:3
52:18,25 53:13,13
54:25 55:1
**look** 15:23 34:6,11 36:7
50:24
**looked** 15:11,12 29:20
29:21 36:5
**looking** 48:3
**lot** 26:18,19
**loud** 7:3
**LRS** 5:24
**LRS/VM** 5:19
**lying** 46:15 52:2,8
**LYNANN** 1:24 59:2,18

___
**M**
___
**machine** 10:8,9,11 13:4
13:6,8 15:15,16,21
15:25 17:5,11,21,25
18:4,21,25 19:3,6,15
19:16,18,20,25 20:19
21:25 22:5,6,8,10,16
22:19,21,23 23:2,3,5
23:9,9,13,25 24:4,7
24:13,18,21,22 25:17
25:22,24 26:2,6,7,15
26:17,18,19,23 29:4
29:25 31:22,25 32:3
32:6,9,15,24 33:3,5
33:18,22 34:9 35:1
39:17 53:4,12,14,25
54:2,10,17,19 55:20
59:6
**machines** 8:9 29:14,15
29:16,17 53:7,8,9
54:4,7
**mad** 32:24 36:5
**made** 4:3 15:5 20:2
48:17 50:16 57:22
**mail** 59:10
**Mainland** 47:25
**maintenance** 5:17,18
6:15 27:11,15,16
28:14 32:4 35:2
37:11
**make** 10:24 51:13
**makes** 52:4
**making** 45:13
**male** 18:16
**man** 30:15,25 36:23
43:6 47:3

**mandatory** 50:18,19,25
**manufacturer** 26:12
**many** 6:4 10:5 33:6
**mark** 18:3
**marked** 18:11
**married** 9:13 11:5
30:17 41:15 42:6,23
42:24
**Mason** 6:12
**matter** 12:9 59:3,8
**May** 5:5,9,13 44:11
**maybe** 15:2 23:22
24:11,11 31:24 42:6
46:13,25 50:1,2 55:5
**MB-2s** 29:17
**MB-3** 29:17
**McAngus** 11:23
**mean** 5:23 9:17,17 11:9
11:10,13 12:11 14:3
15:24 16:22 20:14
21:18 23:4 29:22
36:3 40:3 42:3 46:23
47:4 53:23
**means** 15:14 49:10
59:7
**mechanic** 31:20 36:20
48:25
**medical** 49:10
**meeting** 11:24
**members** 49:7
**mentally** 49:15
**mentioned** 56:21
**metal** 14:5 15:24,24
20:3 40:13
**Michael** 1:17 4:5,14
60:1,6
**middle** 4:15
**Mililani** 1:20 2:5
**military** 12:18 33:14
39:25 54:20,23
**mind** 49:14
**minutes** 16:25,25 17:13
17:14 25:23 33:18
42:10 53:11
**mistreated** 47:7
**misunderstand** 35:22
**misunderstood** 42:13
**mobile** 6:21 10:19 41:1
43:2 44:7
**money** 56:12,15
**month** 15:2 24:11
25:10,14 55:1,3,6,7
55:14
**months** 38:7,8 49:25
50:22 55:14
**more** 24:11 29:18 56:1
56:14,17,18
**Most** 40:16

Page 4

mount 16:25 19:18
    21:5,14,18,20 23:8
    38:14,16 40:14,15
mounter 15:22 28:16
    52:25
mounting 29:5 39:1,2
    55:17
mounts 21:21
move 24:5
much 13:11 18:1 19:24
    19:25 51:5
multiple 43:8
must 32:13

**N**

N 2:1 3:1
name 4:12,15 19:20
    32:17 43:24 44:3
    54:1
named 59:15
Neal 43:24 44:1,2
need 24:6 39:24
needed 29:1
needing 41:4,14
never 10:8 22:14,17
    37:21 38:23 39:23
    45:2,10 47:6,11
    48:15
next 35:23
nice 47:4
nicely 1:24 18:6,7 59:2
    59:18
nobody 25:3,4 28:10
    33:19 45:14
normal 57:2,5
normally 16:19 55:24
    56:1
Notary 59:18
noted 60:2
notes 42:14
nothing 4:8 8:14 22:22
    51:18
notice 31:18
noticed 1:13
noticing 59:13
notified 59:9
November 1:21 59:3
Number 18:10
Nunes 9:6 12:24 13:10
    13:12 27:5,6 28:22
    30:9,11 31:17 32:10
    36:11,14,20 37:4,15
    39:22 40:24 41:3,13
    41:19,21,24 42:17,18
    42:20 44:5 49:16,22
    50:5,8,9,24 51:13
    52:10 54:13 55:15

**O**

O 55:22
Oahu 6:16,18 8:7 25:8
oath 57:22
object 42:8
Objection 22:12 40:11
    41:16 45:7
observation 31:14
observe 7:9 8:3,5,15,18
    17:17 24:12 25:5
    28:25
observed 7:16 25:14
    38:25 39:4 55:12
observing 29:23
occurred 22:18,22
    30:20
off 13:14,21,23 16:7,16
    16:19 17:23,24 18:1
    18:2 19:14,17 29:5
    30:3 32:11,13,14,23
    33:1,2,9 34:8 35:12
    35:20 44:18 48:6
    55:12
office 1:19 58:5
oh 9:11,15 11:11 20:1
    27:9 30:16 31:23
    37:25 42:19 45:24
okay 6:8 13:23 17:10
    18:3,5 19:13 20:2,4
    25:20 35:5 42:13
    45:16 46:11 49:16
    53:2 54:21
old 9:7 27:2,3 53:5
once 14:24 16:22 32:8
    55:4,9
one 5:7 7:6 16:21,21
    17:6 20:15 25:13
    31:4 33:8,10 37:18
    45:15 52:2 56:1,3
    57:16
ones 29:8
only 7:6 11:22 25:22
    27:6 31:4 32:3,21
    33:10,17 37:18 38:10
    40:23 44:14,22 47:12
    54:23 57:16
open 16:5,9
operate 10:9,10 13:4,8
    15:16,17 17:5 18:21
    22:23 23:14 24:17
    25:19 26:6,15 29:25
    32:6,9 33:3,4,18
    39:17 40:5 53:11
operated 32:3
operates 21:3 23:6
operating 9:24 10:12
    23:12 24:2,13,22
    32:1,15 53:6

opinion 8:11
opportunity 7:9
original 59:12,13
originally 47:13 48:15
other 6:9 9:22 21:23
    27:20 28:25 29:16
    35:1 36:15,17 39:14
    40:20 44:19,20 47:5
    53:5 57:8
others 8:16 31:15
out 7:3 10:25 12:4 22:5
    28:8 35:14 42:1 51:1
    51:2 55:20 57:2
outcome 59:15
outside 34:12 37:7,9
    46:10 47:9
over 6:7,14 11:17
    25:19 27:20 28:7
    35:5 45:22
overseeing 24:25
own 7:16 48:12 50:17
Oyadomari 1:17 4:5,14
    45:19 57:21 60:1,6

**P**

P 2:1,1
Padua 27:9,9,10 28:2,7
    28:23
page 3:2,7 19:19
pages 60:1
paid 36:24 56:18
paint 44:8
painter 36:22,24 43:4,5
    43:12,15,18,21 56:17
    56:20
painting 36:10,12
    37:17 44:8
paper 18:8 32:8,18,25
    50:18
Pardon 38:24
part 16:8 20:20 24:5
    25:22 56:12
parties 59:11,15
parts 19:13 20:5
past 51:25
pay 5:8,10 6:9 36:24,25
    56:17
paying 38:20
PD 36:16,17 37:12
people 6:17 10:6 27:25
    28:4 43:9 47:18
    48:16 52:2,4,8
perform 8:19,22 29:2
    44:8
performance 8:25
performing 7:10 31:20
period 49:17
Peris 27:5 50:9,13

    51:14 52:11,12
permanent 10:18,20,21
    28:14,16 36:23 38:5
    41:1 43:2,3 44:6 56:9
person 7:6 12:12 46:15
    56:2,3
personal 49:12
pertaining 34:1
Peter 1:4 2:16 6:14
    9:21
physical 49:13,15
picked 9:21
picking 49:7
piece 15:24 18:9 32:17
pissed 35:12,20
place 11:25 16:12 20:9
    20:16 22:6 27:19,22
Plaintiff 1:5,19 2:3 4:6
plaintiff's 33:23
plan 21:19 22:1,1,2,3
plate 16:13,14,15 21:9
    21:15
play 23:2 25:24 26:15
    53:12
played 23:4
please 4:12 41:11
pointing 20:6
position 9:21 10:21,22
    11:3 18:20 27:17
    37:7,9 39:23 43:4
    50:4
positive 8:25 9:2
pounds 20:1
power 26:19,21
PRESENT 2:15
pressure 18:1 26:21
pretend 57:3
pretty 24:9,10 49:18
preventative 6:15
print 59:6
prior 46:5 59:5
probably 15:18 16:2,2
    17:7,13 20:1 30:8
    35:22 38:7 48:3
    49:19 55:3
problem 10:11 13:8
    24:23 32:16
problems 14:11
proceedings 59:6,8
produced 33:23 34:9
    34:15
profile 49:4,5,10
promoted 27:19 43:12
    43:14 48:24
promotion 43:4 56:5,6
    56:12,19
prompted 10:23
prongs 16:5,9

provided 34:2
PSI 26:21
Public 59:18
pull 50:25
pulled 51:2
pursuant 4:1 33:23
    59:5,13
push 16:6
pushing 18:1
put 7:4 11:16 14:6
    16:19 19:14 20:10
    23:8 29:14 37:3
putting 14:8,9
p.m 1:21 58:10

**Q**

qualification 32:8
qualified 10:2 13:14
    32:6 33:2 34:9 39:23
    42:5,22,24 50:21
    53:8
question 22:13 34:17
    40:12 41:8,11,17
    48:16
questioning 18:14 42:9
questions 23:18,21
    25:2 35:1 49:12
quite 14:25

**R**

R 2:1 49:3,3 59:1
raised 47:14 57:1
Randall 40:24
Randy 8:3,7,10,12 9:11
    9:14,15 10:1,5,6,14
    11:2,6,15,16,17
    12:24 25:4 28:8,18
    28:22 30:5,14,25
    31:2,4 35:3,3,9
Randy's 12:10
read 60:1
reading 59:11
really 17:7 36:10 47:1
    52:14
reason 29:19 40:25
    49:21 51:6
recall 6:20 9:3 26:8
    43:1
receive 32:8
received 34:10 43:2,3
    50:11 56:5,11 57:8
    57:11
reception 45:21
recess 34:22 57:18
record 4:13 7:4 18:15
    51:3
records 34:2
reduced 59:6



Page 5

| | | | | |
|---|---|---|---|---|
| reduction 53:23,24 | S 2:1 3:6 | side 27:20,20 53:22 | statements 42:11 | 39:25 |
| referring 34:8 | safety 17:18 | sign 13:22 32:13,14,23 | States 1:1 2:10 | tanks 9:24 |
| rehab 5:8 | same 41:9 42:2 52:21 | 33:1,1,9 44:18 59:10 | status 43:17 | taught 26:10 |
| related 29:2 30:13 35:2 | 54:16 60:2 | signed 13:14,21 32:11 | stay 10:7 12:25 13:12 | taxi 49:6 |
| 36:16 37:11 | sandblaster 28:13 | 55:12 59:10 60:8 | still 19:15 38:13 43:11 | teach 38:19 52:23 |
| relation 30:14 40:8 | saw 23:10 | signing 34:8 59:11 | 55:13 | teachers 13:11 |
| relationship 30:12 | saying 9:3 12:9 25:10 | sign-off 33:21 | stipulation 59:5 | telephone 59:10 |
| relevance 18:13,16,22 | 32:15 35:13 56:14 | simply 19:11 | stop 7:5,6 | tell 4:7 11:1,19,24 |
| 19:1 | says 11:4 13:10 34:13 | since 56:5 | stopped 49:20 | 14:16 22:17 24:24 |
| relevant 33:24 | 46:14 | sit 17:9 40:17 55:22 | stories 50:17 56:24 | 25:6 29:23 35:9,9,17 |
| remember 10:13 26:9 | schedule 27:16 | sitting 45:20 55:23 | story 42:11 45:13 | 35:17 36:2,13,18 |
| 28:17,20 29:8 37:14 | scheduled 27:15 37:10 | six 50:22 | Street 1:20 2:5 | 37:4 48:5 57:22 |
| 38:2 43:17 49:19 | school 53:5 | slam 15:9 | strike 49:2 | telling 12:1 13:15 15:8 |
| 50:3 | seal 40:17 | slow 15:17 17:18 | student 38:20 | 38:21 |
| Repairing 6:3 49:3 | sealed 59:12 | smoking 50:20 | stuff 12:3 19:6 57:5 | temporarily 43:12,14 |
| report 8:10 | Sebala 1:4 2:16 6:14,21 | Soares 9:10 17:11 | style 57:2 | temporary 10:20 36:22 |
| REPORTED 1:24 | 7:9 8:11,15,18,21 9:7 | 25:15,16,18 27:6 | Sugar 6:16,18 8:7 25:8 | 43:17 56:6,8,9 |
| reporter 57:22 59:3 | 9:15 10:11 11:6,18 | 30:9,9,11,19 32:21 | Suite 1:20 2:5 | ten 6:7 16:25,25 17:13 |
| Reporter's 4:2 | 18:17 22:14 24:12 | 33:1,6 35:14,16,24 | Superintendent 44:5 | 25:23 33:17 53:10 |
| Reporting 4:2 | 25:3 31:17 42:1,4,4 | 36:1 40:2,23 41:20 | supervision 59:7 | testified 4:9 13:3 52:23 |
| represent 43:15 | 42:17 46:7,12,21,25 | 42:7 43:22,23 44:13 | supervisor 9:6 12:6 | testifying 18:19 19:10 |
| represents 59:7 | 47:8,15 48:8,13 | 44:14,15,17,22 45:2 | 13:23 27:19 41:13 | testimony 18:24 57:25 |
| reprimand 50:15,16,21 | 52:15 58:1 | 45:4,13 52:19,24,25 | 49:16,20,20,23,25 | 59:4 60:3 |
| 51:1,2,7,11 52:9 57:7 | Sebala's 7:12 8:25 | 53:2,5,8,18 55:11 | 50:4,5,12 57:4 | thank 39:6,9 |
| request 33:23 | Secretary 1:8 | Social 31:10 | supervisors 8:19 | their 47:18 49:8 50:16 |
| respect 50:5 | see 8:4 13:10 14:21,23 | soda 46:4 | supposed 12:4,6 13:22 | thing 26:14 42:2 52:2 |
| rest 46:2,2 | 15:5,10,16 23:6,12 | some 6:17 7:24 27:18 | 24:25 51:1 | things 36:17 |
| retention 59:13 | 23:13,13 24:3,20 | 27:22 29:6 34:25 | supposedly 51:5 | think 15:5 26:25 51:7 |
| review 34:18 | 25:2,9 35:3 36:5 | somebody 27:14 29:24 | swear 37:19,22 56:22 | 51:10 |
| re-ask 41:10 | 46:20 | 30:4 46:14,24 52:6 | 56:23,23 57:4,6,22 | threat 9:19 |
| Rick 27:9 | seem 12:8 14:14 38:12 | 52:16,17 | sweared 35:14 | threaten 9:16 11:18 |
| RIF 53:22,23 | seen 24:22 46:18 | somebody's 27:2,2 | swearing 35:12 37:23 | threatened 11:7,11 |
| right 10:20 16:10 18:1 | send 35:10 | somehow 30:13 | swears 37:25 56:21 | 42:1,3 |
| 20:12 30:3 31:23 | sent 39:11 | someone 8:2 | switch 20:25 21:1,3 | threatening 11:16 |
| 34:15,19 37:9 38:18 | service 27:14 54:11 | something 7:18 20:6 | 23:19 25:21,21 26:14 | three 16:2,8 46:13,18 |
| 41:9 47:6 48:6,20 | servicer 6:22 28:15 | 43:18,19 51:14,20,21 | switches 23:6,13 24:3 | 46:20 50:2 |
| 49:2,4,4 54:9 56:6 | 41:1 43:3 44:7 | Sometime 14:16 | 26:16 | three-piece 40:13 |
| rim 16:6,9,10,11 20:16 | servicers 32:4 | Sometimes 17:8 | sworn 4:7 59:5 | through 5:8 6:20 42:10 |
| 20:16,22,23 40:9,14 | sheet 33:22 | son-in-law 28:9 | | 59:10 |
| 40:18 | shop 6:15,23 7:15 10:6 | sorry 45:15 | ———— T ———— | time 6:18 7:7 13:16,19 |
| rims 13:17 14:2,4,5 | 10:7 11:18 12:19,25 | sound 37:21 | T 3:6 59:1,1 | 13:20,25 15:3 17:4 |
| 15:14,20 40:8,16 | 13:13,15 18:17,18 | speaking 12:4 | take 7:6 14:4,5 15:1 | 17:18 22:9,15 26:17 |
| ring 16:16 17:25 40:17 | 26:5 29:25 32:2 | spell 4:17 | 16:16,18,18 17:3,4 | 30:24 33:8,10 38:10 |
| 55:22 | 33:15 35:10 36:6 | spend 47:8 | 17:17 19:17 20:10 | 39:14,16 41:25 43:14 |
| Robin 11:20 | 38:5,6,9 39:20 43:5 | spent 42:10 | 26:16 40:14 56:1 | 45:3 46:5,11,24 47:8 |
| ROCHE 1:7 | 43:11,20 44:8 48:20 | SPK-LEK 1:6 | taken 1:19 19:14 59:6 | 49:17 52:18 54:25 |
| room 46:2,3 | 53:1,3,3,14,16 54:1 | split 13:17 14:2,4 15:14 | taking 14:8,9 29:5 49:8 | 55:13,17 |
| RPR 59:18 | 56:14,17 | 40:8,9,16 | talk 27:25 46:9 47:3 | times 13:15 33:6 36:25 |
| RPR/RMR/CSR 1:24 | shorthand 59:3,6 | spoke 46:11 | 48:5,12,14 57:1,6 | 40:16 |
| rubber 20:20 40:6,8,15 | shortly 43:1 | square 19:6 | talked 12:17 28:7 | tire 6:15,23 7:15,20,21 |
| Rule 4:1 | show 7:19,24 17:13 | stall 12:2 24:16 31:23 | 54:24 | 8:9 10:6,7,8,9,11 |
| Rules 4:1 | 23:23 25:20 39:2 | 31:25 | talking 7:4 12:8 19:9 | 12:19 13:4,6,12,15 |
| rumor 28:10,17 | 40:22 52:24 | standing 25:10 | 27:1 28:4,18 31:3 | 15:15,16,21 16:17,19 |
| rumors 28:11 | showed 10:10 17:10,16 | start 23:1 24:20,21 | 32:25 37:19 55:18 | 17:22,24,25 18:4,17 |
| run 8:8 | 17:16 22:7 25:18 | started 35:12 38:3 | 56:24 57:2 | 18:18,21,25 19:3,14 |
| rush 17:18 26:17 | 33:17 39:16 53:11 | 45:19,20 | talks 7:5 48:7,9 | 19:15,16,17,20,25 |
| | showing 22:19 39:7 | state 4:12 59:18 | tank 40:5,6 | 20:8,9,10,16,17,19 |
| ———— S ———— | shown 22:16 | statement 10:24 54:6 | tanker 9:24 12:16 | 21:4,5,14,22 22:8,9 |

Page 6

| | | | | |
|---|---|---|---|---|
| 22:16,19,21 23:8<br>24:13,17,21 26:2,5<br>26:22 28:16 29:2,4<br>29:25 31:21 32:2,3<br>33:15,22 34:9,25<br>35:2,5,10 36:6,23,24<br>38:4,5,5,9 39:20<br>40:15,17 43:5,11,20<br>47:3 48:20 52:24<br>53:1,3,3,4,16,25<br>56:14,17<br>**tires** 13:17,21 14:1,18<br>14:24 15:20 16:7<br>18:1,17 29:5,15 35:6<br>35:15 36:12 37:16<br>38:2,2,15,16 39:2<br>40:8 54:20 55:13,17<br>55:21<br>**title** 5:15<br>**today** 4:21 27:17 57:23<br>**together** 14:6,8,10 31:6<br>31:10 46:15,21 47:9<br>**told** 8:3 9:10,10,20,25<br>10:7,14 11:2,3,4,15<br>11:17,18 12:17,24<br>13:12 17:17 25:3,4<br>25:24 26:13 28:10<br>30:18 32:21 33:8,10<br>35:7,11,16,19,21,23<br>35:25 36:1,25 41:25<br>42:6,14,15,16 45:4<br>45:15<br>**tolerate** 52:2<br>**tomorrow** 35:8<br>**tools** 15:9 53:6,6<br>**top** 19:19<br>**torque** 26:18,20<br>**total** 6:6<br>**towards** 50:12 51:18<br>**train** 7:14 8:2,13 12:22<br>13:3 14:17 25:3,4,6<br>25:16 33:11,16,19<br>40:2 54:25<br>**trained** 10:3 32:11,12<br>32:14 55:4,9<br>**trainer** 7:12 13:22 24:8<br>30:7,10 32:13<br>**training** 10:6 13:1,13<br>14:15 23:1 24:9,25<br>25:9,13 29:1 32:5<br>33:21 34:1 39:24,24<br>**transcript** 59:8 60:2<br>**transcription** 59:7<br>**Transportation** 5:22<br>**treat** 47:5,5,6<br>**treated** 47:6<br>**trouble** 14:7 17:2 36:18<br>**truck** 19:14,15 | **true** 30:16 54:6 58:1<br>59:8 60:2<br>**truth** 4:7,8,8 57:23<br>**try** 17:9<br>**tube** 40:16<br>**tubeless** 17:8 40:15<br>55:22<br>**turn** 10:21 21:4 36:19<br>**Twenty-one** 57:15<br>**two** 10:10 16:5 35:7<br>38:2 46:15,18,20<br>51:2 53:11<br>**type** 40:16 54:10<br>**typewritten** 60:1<br><br>— U —<br>**Uh-huh** 6:25 19:21<br>**Ultimately** 51:4<br>**under** 38:8 59:7<br>**understand** 18:13,25<br>19:3,9 37:6 56:7<br>**understood** 57:21<br>**unhappy** 52:5<br>**union** 50:23<br>**United** 1:1 2:10<br>**unless** 45:12<br>**unsigned** 59:12<br>**until** 10:4 12:24,24<br>**upset** 12:8,10,13 37:21<br>51:22,23 52:7<br>**use** 17:11 18:6,8 22:8<br>22:16,19,21 24:7<br>25:17 26:1,10 34:9<br>52:24<br>**used** 22:9 23:2,5,25<br>27:11 45:4 53:2<br>54:11,16,18,19<br>**using** 24:21 44:23,25<br>53:20<br><br>— V —<br>**Vargas** 10:4,17 11:4<br>12:15,19,23 13:10,16<br>14:18,20 15:6,8<br>17:10,17 18:19 22:7<br>22:9 23:12,24 24:6,9<br>25:13 28:1,3,12,14<br>29:1 30:6 33:22 34:8<br>34:24 35:4,7,12,20<br>35:25 36:3 37:2,23<br>38:1 39:15,19 40:20<br>40:21,25 41:4,14<br>43:2 44:6,12,20<br>45:10 47:20 52:13<br>54:11,24 56:5<br>**Vargas's** 27:7,24 34:1<br>**varies** 16:20<br>**vehicle** 19:17 27:15 | 28:15 32:4<br>**vehicles** 6:3 27:16 29:6<br>29:6 36:12,21 37:10<br>49:3<br>**Venetia** 1:13,20 2:4<br>**verbal** 44:12<br>**verbally** 28:10 45:14<br>**very** 24:20<br>**view** 31:25<br>**Virginia** 2:11<br>**VIRTANEN** 45:18<br>**vision** 31:21<br>**vocational** 5:8<br>**vs** 1:6<br><br>— W —<br>**waived** 59:11<br>**walk** 11:25<br>**want** 36:9 44:17 49:12<br>51:4,24,24,25 54:15<br>**wanted** 33:7<br>**wasn't** 9:21 30:7,23<br>35:22 39:22 51:16<br>53:4,19<br>**watch** 8:8 17:17 25:5<br>30:3<br>**watched** 38:25<br>**way** 14:22 25:11 28:3<br>47:7 48:4,6,8,14<br>56:25 59:15<br>**wedding** 30:15,22<br>**weeks** 42:16<br>**weigh** 19:25<br>**well** 11:1 14:13 17:6<br>36:5 42:5 50:25<br>**went** 7:15 9:15 10:9<br>13:8,10 17:12 23:22<br>25:22 27:18,20,21,21<br>28:7 35:3,5 39:15<br>53:10 55:16<br>**were** 4:25 5:20,25 6:5<br>6:13 7:12 10:24<br>22:18 23:10 29:18<br>31:19 45:20 46:22<br>58:1 59:6,6,11 60:2<br>**we'll** 18:3,6<br>**we're** 56:24<br>**wheels** 10:1 40:1,4,6,7<br>**while** 7:16 12:25 14:24<br>14:25 22:18 38:25<br>43:20 45:25<br>**whole** 4:7 18:8<br>**wide** 16:4<br>**wife** 27:22<br>**Wilson** 2:10<br>**Wirtanen** 2:9 3:4 18:12<br>18:23 22:12 33:25<br>34:5,10,16,20 40:11 | 41:10,16 42:8 45:7<br>**witness** 4:6 18:23 34:7<br>42:10 59:4,9,11,11<br>60:10<br>**witnessed** 46:14<br>**wondering** 51:16<br>**word** 20:17 44:25 45:3<br>45:5<br>**words** 11:16 41:22<br>44:23 53:5 57:1<br>**work** 5:20 6:5,9 7:10<br>8:16,25 9:4 12:12<br>17:18 18:17 25:6<br>27:11 29:2 35:2,8<br>37:16,18 38:5,8<br>44:20 47:9,12 53:2<br>56:2<br>**worked** 6:18,21 7:16<br>7:17 26:5 29:25<br>39:15 46:21 53:3<br>54:13 57:13<br>**worker** 5:16 6:1,16<br>31:21 40:20 44:21<br>48:24<br>**working** 6:6,15 11:22<br>13:16,19,20 14:22,23<br>18:18 30:19,23 31:19<br>32:2 36:6,12,19,20<br>36:21 37:10 38:4,4<br>39:19 48:20 53:19,20<br>55:13<br>**workplace** 31:15 37:24<br>56:22,22<br>**works** 25:21 27:8<br>**write** 19:19 21:12,17<br>**writer** 27:14<br>**wrong** 51:19 55:5<br><br>— X —<br>**X** 3:1,6 40:21<br><br>— Y —<br>**yards** 31:24<br>**yeah** 5:7,11,16,19 6:10<br>6:10,17,23 7:2 8:6<br>11:8,23 12:24 14:16<br>15:4,20 16:5,12<br>17:12,25 18:6 20:23<br>21:16 23:11,15 24:14<br>24:16,22 25:20 26:13<br>28:1,16 29:5 30:21<br>31:1,23 35:3,5,21<br>36:11,25 37:3,25<br>38:10 39:5 41:18<br>42:15,22 43:5,9,9<br>45:6 46:17 47:14<br>48:11,14,19 51:23<br>55:8,21 56:7,23 57:5 | **year** 5:8 26:8 30:16,17<br>46:16,25 51:3<br>**years** 6:4,7,14,19 18:18<br>26:6 30:2 46:13,19<br>46:20 49:25 50:2<br>51:2 52:17 53:15,16<br>53:19 57:14,15<br>**yesterday** 34:11<br>**young** 27:2,3 41:4<br>**younger** 9:12 10:15<br>11:5 42:5,23,24,25<br><br>— Z —<br>**zip** 12:6<br><br>— # —<br>**#354** 1:24<br><br>— 0 —<br>**0** 40:16<br>**02** 4:24 5:14 6:4,13,20<br>7:8<br>**03** 4:24 5:14 6:21 7:8<br>43:15,16<br>**04-00404** 1:6<br><br>— 1 —<br>**1** 3:9 18:3,10<br>**1/02** 5:21,25<br>**1/03** 5:21,25<br>**1/24/06** 59:19<br>**1/3/54** 4:20<br>**1:30** 1:20<br>**11/15/2005** 59:16<br>**12** 44:11<br>**120** 43:16,18 56:8,9<br>**14** 4:1<br>**15** 5:19,24 17:14 31:24<br>**1501** 2:10<br>**18** 3:9<br>**1986** 5:5,9,13<br><br>— 2 —<br>**20** 31:24 42:10 52:17<br>57:14<br>**20-year-old** 18:16,20<br>**2005** 1:21 44:11 59:3<br>60:8<br>**22209** 2:11<br>**25** 52:17<br>**27** 6:14,19 18:18<br>**28** 6:19<br><br>— 3 —<br>**3:01** 58:10<br>**30** 43:18 56:9<br>**30(f)(1)** 59:13 |

| 4 |
| --- |
| **4** 3:3 |
| **45** 3:4 |

| 5 |
| --- |
| **5** 5:13 |
| **5th** 5:5,9 |
| **5/5/85** 5:10 6:6,8 |
| **5/5/86** 5:10 |
| **57** 3:3 |

| 6 |
| --- |
| **600** 20:1 |

| 7 |
| --- |
| **7th** 2:11 |

| 8 |
| --- |
| **8** 1:21 59:3 |
| **800** 20:1 |
| **812** 1:20 2:5 |
| **820** 1:20 2:5 |
| **85** 5:5,6 |
| **86** 5:7,7,9 |

| 9 |
| --- |
| **96813** 2:5 |