9Q2287HAHLORFSXY  LSDMC  PERSONAL DATA - PRIVACY ACT OF 1974  AS OF : 11 MAY 2002

NAME: Christopher L. Vargas
SSAN: ███████

PART B- SUPERVISOR'S COMMENTS - Record comments and events occuring during the year, e.g., Letter of Appreciation, Counseling leading to disciplinary adverse action, performance or conduct. Detach this part and file with new part C if disciplinary performance action has been noted.

| DATE: | DESCRIPTION OF EVENT: |
|---|---|
| 06-10-02 | Discussed Term Appointment and job performance. Chris exceeds all expectations. |
| 04-30-03 | Discussed Appraisal. Mr. Vargas has accepted permanent position in 1ST LRD effective 05-04-03 |
| 3/12/03 | 860B Feedback Review W/employee |
| 5/5/03 | Conducted employee orientation briefing + checklist |
| 2/12/04 | Annual performance feedback for completion of probationary period |
| 4/19/04 | 860A Review Feedback W/employee |
| 4/29/04 | OSIS - Employee is found in room of break thru Obuza by Mr. A.D. Sales-Head + Mr. D. McManus (i.e. abuse opened 4/27/04 AM 00-6995) |
| 4/30/04 | Interviewed with employee, allege Mr. ACE Sales - Here threatened him verbally after careful review of all statements concerning cast employee and Mr. Sales there agree to resolve this case due to misunderstanding between each other -- |
| 9/9/04 | Annual 860B Feedback W/employee |
| 1/31/05 | Counseled employee on proper PPE + safety procedures for Book Repairs (i.e. Wet Methyl aux - Crotch Bnkwhite) |
| 3/7/05 | Counseled employee for losing his temper (i.e. sweeping + challenging my authority about procedures rock) |
| 4/27/05 | Review SOPA Feedback W/employee (continuity work 4th temple clutter + Directives) |
| 5/12/05 | Counsel employee about thought management including W/ACE Services there 5/9/05 |
| 5/19/05 | Issued letter of Counseling and BBP employee on proper conduct |
| 10/21/05 | Review 860B W/employee |

REPORT NAME: RP721

2

"G"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following person by U.S. Mail prepaid postage or messenger delivery:

R. Michael Burke, Esq.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for Defendant
JAMES G. ROCHE, DR., SECRETARY,
DEPARTMENT OF THE AIR FORCE

DATED:    Honolulu, Hawaii January 9, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
PETER SEBALA