


VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI   6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone: (808) 523-6446
Facsimile: (808) 523-6727

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

Attorney for Plaintiff
PETER G. SEBALA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER G. SEBALA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES G. ROCHE, DR., SECRETARY OF THE AIR FORCE, <br><br> Defendants. | Civil No. 04-00404 SPK-LEK <br><br> PLAINTIFF'S SUPPLEMENT TO THE CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 9, 2005, ORIGINAL SIGNED DECLARATION OF PETER G. SEBALA; CERTIFICATE OF SERVICE |

**PLAINTIFF'S SUPPLEMENT TO THE CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 9, 2005**

Notice is hereby give that Plaintiff PETER G. SEBALA ("Plaintiff") by and through his attorney Venetia K. Carpenter-Asui, hereby submits his Supplement

to the Concise Statement of Facts filed on January 9, 2006, Original Signed Declaration of Peter G. Sebala.

DATED:   Honolulu, Hawaii January 10, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
PETER SEBALA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served upon the following person by U.S. Mail prepaid postage or messenger delivery:

R. Michael Burke, Esq.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for Defendant
JAMES G. ROCHE, DR., SECRETARY,
DEPARTMENT OF THE AIR FORCE

DATED:   Honolulu, Hawaii January 10, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
PETER SEBALA