EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
Secretary, U.S. Air Force

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | CIVIL NO. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | FEDERAL DEFENDANT'S WITNESS |
| | ) | LIST; CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| JAMES G. ROCHE, DR., | ) | |
| SECRETARY, DEPARTMENT OF THE | ) | Trial Date: February 7, 2006 |
| AIR FORCE, | ) | Time:       9:00 a.m. |
| | ) | Judge:      Samuel P. King |
| Defendants. | ) | |
| | ) | |
| | ) | |

FEDERAL DEFENDANT'S FINAL COMPREHENSIVE WITNESS LIST

Comes now federal defendant, James G. Roche, Dr., Secretary of the Department of the Air Force, by and through his undersigned counsel, and hereby makes his final comprehensive witness list.

1.  Randall Nunes.  As Plaintiff's supervisor, he will testify as to what occurred in the workplace regarding Plaintiff's work conduct.  He also made the decision to hire the

Plaintiff into the temporary position and the decision not to hire the Plaintiff into the permanent position.  Estimated time: 2.5 hours.

    2.  Christopher Vargas.  He competed for and was selected for the position the Plaintiff was not.  He will testify with regard to what documentation he provided as a part of his application for employment.  Estimated time: 1.5 hours.

    3.  Michael Oyadomari.  He worked with the Plaintiff when the Plaintiff was a temporary employee and will testify about the work environment.  Estimated time: 1.5 hours.

    4.  Eassie Soares-Haae.  He worked with the Plaintiff when the Plaintiff was a temporary employee and will testify about the work environment.  Estimated time: 2 hours.

    5.  John Puu.  He was the supervisor of Mr. Chris Vargas at the time that Mr. Vargas applied for the position at issue.  Estimated time: 1 hour.

    6.  Jana Dove.  As an EEO counselor, Ms. Dove took the Plaintiff's initial complaint of discrimination.  She will testify regarding statements made to her by the Plaintiff and the Plaintiff's EEO records.  Estimated time: 2 hours.

    7.  Ms. Jan Kuniyoshi.  Ms. Kuniyoshi was the Chief, Affirmative Employment and Training Section at the Civilian Personnel Flight at the time the Plaintiff applied for the position in question.  Estimated time: 1.5 hours.

8. Ms. Beverly Murakami. Ms. Murakami was involved in the process of publishing the vacancy announcement for the permanent position at issue. She also had conversations with the Plaintiff about his selection process. Estimated time: 1.5 hours.

9. Peter Sebala. Estimated time: 3 hours.

Defendant also reserves the right to call rebuttal witnesses not previously named. Also the Defendant reserves the right to call foundation witnesses if the foundation or validity of any exhibits is challenged.

DATED: January 17, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ R. Michael Burke

_____
R. MICHAEL BURKE
Assistant U.S. Attorney

Attorneys for Defendant
Secretary of the Air Force

Of Counsel:

ERIN BREE WIRTANEN, Maj, USAF
Trial Attorney
Air Force Legal Services Agency
General Litigation Division
1501 Wilson Blvd., 7th Floor
Arlington, VA 22209

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER G. SEBALA, ) | CIVIL NO. 04-00404 SPK-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| JAMES G. ROCHE, DR., ) | |
| SECRETARY, DEPARTMENT OF THE ) | |
| AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known addresses:

    Served by First Class mail        January 17, 2006

    Venetia K. Carpenter-Asui, Esq.
    Haseko Center
    820 Mililani Street, Suite 812
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    Peter G. Sebala

    DATED:  January 17, 2006, at Honolulu, Hawaii.

                                      /s/  Myra Peterson
                                      _____