EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
Secretary, U.S. Air Force

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | CIVIL NO. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND |
| | ) | DEADLINE FOR OBJECTIONS TO |
| vs. | ) | EXHIBITS; ORDER |
| | ) | |
| JAMES G. ROCHE, DR., | ) | |
| SECRETARY, DEPARTMENT OF THE | ) | |
| AIR FORCE, | ) | TRIAL DATE: Feb. 7, 2006 |
| | ) | JUDGE: Samuel P. King |
| Defendants. | ) | |
| | ) | |

STIPULATION TO EXTEND
DEADLINE FOR OBJECTIONS TO EXHIBITS

     Comes now plaintiff and federal defendant, by and through their undersigned counsel, and hereby stipulate, by and between their respective counsel as follows:

     1.  The parties hereby stipulate to continue their Objections to Exhibits from January 24, 2006 until January 26, 2006.

            2.   All other dates, including the scheduled trial
date, remain the same.

                                    EDWARD H. KUBO, JR.
                                    UNITED STATES ATTORNEY
                                    DISTRICT OF HAWAII


/s/ Venetia Carpenter-Asui            /s/ R. Michael Burke
_____    By _____
VENETIA CARPENTER-ASUI                R. MICHAEL BURKE
                                      Assistant U.S. Attorney

Attorney for Plaintiff                Attorneys for Defendant


     APPROVED AND SO ORDERED:

     DATED:  January 17, 2006



                            _____
                            Samuel P. King
                            Senior United States District Judge


SEBALA v. NUNES et al., Civil No. 04-00404 SPK-LEK
"Stipulation To Extend Deadline for Objections to Exhibits;
Order"