EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
Secretary, U.S. Air Force

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER G. SEBALA, ) | CIVIL NO. 04-00404 SPK-LEK |
| ) | |
| Plaintiff, ) | DEFENDANT'S MOTION IN LIMINE |
| ) | TO EXCLUDE EVIDENCE OF |
| vs. ) | SELECTEE'S POST-EMPLOYMENT |
| ) | WORK HISTORY; CERTIFICATE OF |
| JAMES G. ROCHE, DR., ) | SERVICE |
| SECRETARY, DEPARTMENT OF THE ) | |
| AIR FORCE, ) | Trial Date: February 7, 2006 |
| ) | Judge:      Samuel P. King |
| Defendants. ) | |
| ) | |

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF SELECTEE'S POST-EMPLOYMENT WORK HISTORY

Comes now James G. Roche, Secretary of the United States Department of the Air Force ("the Air Force"), by and through the United States Attorney for the District of Hawaii, and moves this Court for an order prohibiting the Plaintiff from introducing any evidence or eliciting any testimony reflecting Mr. Chris Vargas's work performance or disciplinary history after

he was hired into a position as a Mobile Equipment Servicer, WG-5806-06, with the 15th LRD/LGR at Hickam AFB, HI in April 2003.

DATED: January 17, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ R. Michael Burke

_____
R. MICHAEL BURKE
Assistant U.S. Attorney

Of Counsel:

ERIN BREE WIRTANEN, Maj, USAF
Trial Attorney
Air Force Legal Services Agency
1501 Wilson Blvd., 7th Floor
Arlington, VA 22209-2403

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | CIVIL NO. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES G. ROCHE, DR., | ) | |
| SECRETARY, DEPARTMENT OF THE | ) | |
| AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known addresses:

Served by First Class mail          January 17, 2006

Venetia K. Carpenter-Asui, Esq.
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii  96813

Attorney for Plaintiff
Peter G. Sebala

DATED:  January 17, 2006, at Honolulu, Hawaii.

/s/  Myra Peterson