EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808)  541-2850
Facsimile:  (808)  541-2958
E-mail:  MIKE.BURKE@usdoj.gov

Attorneys for Defendant
SECRETARY OF THE AIR FORCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | CIVIL NO. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION IN LIMINE |
| | ) | REGARDING PLAINTIFF'S |
| vs. | ) | PROPOSED TRIAL EXHIBITS; |
| | ) | MEMORANDUM IN SUPPORT OF |
| JAMES D. ROCHE, | ) | DEFENDANT'S MOTION IN LIMINE |
| Secretary of the Air Force, | ) | REGARDING PLAINTIFF'S |
| | ) | PROPOSED TRIAL EXHIBITS; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | TRIAL DATE: February 7, 2006 |
| | ) | TIME:       9:00 am |
| | ) | JUDGE:      Samuel P. King |
| | ) | |

DEFENDANT'S MOTION IN LIMINE REGARDING
PLAINTIFF'S PROPOSED TRIAL EXHIBITS

Comes now James G. Roche, Secretary of the United States Department of the Air Force ("the Air Force"), by and through the United States Attorney for the District of Hawaii, hereby moves this Honorable Court for an Order to prohibit Plaintiff from presenting Plaintiff's Proposed Exhibit numbers:

1-6, 8-11, 13-14, 16-17, 19-20, 22-29, 38-54, 57-63, 65, 68, 72, 74, 76-83, 89, 94, 97-100, 104, 106, 110, 112-115, 129-131.  This Motion in Limine is made pursuant to Rule 7, Fed. R. Civ. P., and Rules 401, 402, 801, 802, 803, and 901 Fed. R. Evid., and is supported by the attached memorandum herein.

DATED: January 26, 2006, in Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ R. Michael Burke
R. MICHAEL BURKE
Assistant U.S. Attorney

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | CIVIL NO. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES G. ROCHE, DR., | ) | |
| SECRETARY, DEPARTMENT OF THE | ) | |
| AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known addresses:

    Served by First Class mail          January 26, 2006

    Venetia K. Carpenter-Asui, Esq.
    Haseko Center
    820 Mililani Street, Suite 812
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    Peter G. Sebala

    DATED:  January 26, 2006, at Honolulu, Hawaii.

                                /s/ Myra Y. Peterson