# EXHIBIT

# "16"

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PETER G. SEBALA
      PLAINTIFF
   VS.
                                EXHIBIT AND WITNESS LIST

JAMES G ROCHE                     CASE NUMBER 04-00404 SPK LEK

| PRESIDING JUDGE<br>Honorable Samuel P. King | PLAINTIFF'S ATTORNEY<br>Venetia K. Carpenter-Asui | DEFENDANT'S ATTORNEY<br>R. Michael Burke |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Letter to Mr. Sebala re: copy of reply received from Hickam |
| 2 | | | | | Letter to Mr. Akaka re: response to his inquiry. |
| 3 | | | | | Letter to Mr. Sebala re: Letter to him |
| 4 | | | | | Signed Certified Returns of Service Form for letters mailed to Mr. Ed Case, Mr. Daniel Akaka, and Mr. Abercrombie. |
| 5 | | | | | Letter to Mr. Ed Case re: the receipt of his formal inquiry. |
| 6 | | | | | Envelope from Mr. Case to Mr. Sebala |
| 7 | | | | | Notification of Personnel Action |
| 8 | | | | | Personal Data-Privacy Act of 1974 |
| 9 | | | | | Record of Counseling- inappropriate Conduct in the Workplace |
| 10 | | | | | Memorandum to Chris Vargas re: Orientation of New Employees |
| 11 | | | | | Supervisor's Orientation Checklist for new employees |
| 12 | | | | | AF Form 971 (Supervisor's Work File) Maintenance Instruction |
| 13 | | | | | 15/LG/LSD Civilian In-Processing |
| 14 | | | | | Air Force Core Personnel Document (CPD) |
| 15 | | | | | Air Force Core Personnel Documetn (CPD) |

EXHIBIT "16"

| | | | | | |
|---|---|---|---|---|---|
| 16 | | | | | Notice of Completion of Probationary Period |
| 17 | | | | | AF Civilian Record of Emergency Data |
| 18 | | | | | Civilian Rating of Record-Chris Vargas |
| 19 | | | | | Civilian Rating of Record-Chris Vargas |
| 20 | | | | | Civilian Progress Review Worksheet-Chris Vargas |
| 21 | | | | | Civilian Progress Review Worksheet-Chris Vargas |
| 22 | | | | | Civilian Personnel Position Description for sandblaster |
| 23 | | | | | Notice of Suspense for Initiating Performance Work Plan |
| 24 | | | | | Memo to Chris Vargas re: Temporary Promotion |
| 25 | | | | | Memo to Chris Vargas re: Selection for a Key Position |
| 26 | | | | | PERSCO Training Certification- Test Summary Results |
| 27 | | | | | Individual Training Requirement Notice-Chris Vargas |
| 28 | | | | | Individual Training Requirement Notice-Chris Vargas |
| 29 | | | | | "Hard Charger Award" Presented to Mr. Vargas |
| 30 | | | | | Report of Individual Person- Chris Vargas |
| 31 | | | | | Report of Individual Person- Chris Vargas |
| 32 | | | | | Notification of Personnel Action-Chris Vargas |
| 33 | | | | | Notification of Personnel Action Chris Vargas |
| 34 | | | | | Notification of Personnel Action-Chris Vargas |
| 35 | | | | | Notification of Personnel Action-Chris Vargas |
| 36 | | | | | Notification of Personnel Action-Chris Vargas |
| 37 | | | | | Notification of Personnel Action-Chris Vargas |
| 38 | | | | | Notification of Personnel Action-Chris Vargas |
| 39 | | | | | Notification of Personnel Action-Chris Vargas |
| 40 | | | | | Notification of Personnel Action-Chris Vargas |
| 41 | | | | | Notification of Personnel Action-Chris Vargas |
| 42 | | | | | Notification of Personnel Action-Chris Vargas |
| 43 | | | | | Notification of Personnel Action-Chris Vargas |
| 44 | | | | | Notification of Personnel Action-Chris Vargas |
| 45 | | | | | Notification of Personnel Action-Chris Vargas |
| 46 | | | | | Notification of Personnel Action-Chris Vargas |

| | | | | | |
|---|---|---|---|---|---|
| 47 | | | | | Notification of Personnel Action-Chris Vargas |
| 48 | | | | | Notification of Personnel Action-Chris Vargas |
| 49 | | | | | Notification of Personnel Action-Chris Vargas |
| 50 | | | | | Notification of Personnel Action-Chris Vargas |
| 51 | | | | | Notification of Personnel Action-Chris Vargas |
| 52 | | | | | Notification of Personnel Action-Chris Vargas |
| 53 | | | | | Notification of Personnel Action-Chris Vargas |
| 54 | | | | | Notification of Personnel Action-Chris Vargas |
| 55 | | | | | Notification of Personnel Action-Chris Vargas |
| 56 | | | | | Notification of Personnel Action-Chris Vargas |
| 57 | | | | | Supervisory Certification for Step Increase |
| 58 | | | | | Civilian Brief |
| 59 | | | | | Job Qualification Standard and Continuation/Command JQS |
| 60 | | | | | Plaintiff's notes on events |
| 61 | | | | | |
| 62 | | | | | Master Index- Peter G. Sebala- Hickam, AFB |
| 63 | | | | | Supervisor's Orientation Checklist for New Employees |
| 64 | | | | | Affidavit by Randall Nunes |
| 65 | | | | | Notice of Dismissal of Formal Complaint of Discrimination |
| 66 | | | | | EEO Counselor's Report |
| 67 | | | | | Complaint of Discrimination in the Federal Government |
| 68 | | | | | Letter to Senate and Congress |
| 69 | | | | | Notes by Mr. Sebala |
| 70 | | | | | Notes by Mr. Sebala re: grievance incident. |
| 71 | | | | | Memo for Record (MFR) |
| 72 | | | | | Notice of Appeal(blank) |
| 73 | | | | | Notification of Personnel Action |
| 74 | | | | | Air Force Core Personnel Document |
| 75 | | | | | Letter to Mr. Sebala notifying him of non-selection |
| 76 | | | | | Congressional Inquiry Staff Summary Sheet |
| 77 | | | | | Response to Congressional Inquiry by Col. Torres (unsigned) |

| # | | | | | | Description |
|---|---|---|---|---|---|---|
| 78 | | | | | | Congressional Inquiry Staff Summary Sheet |
| 79 | | | | | | Letter re: receipt and processing of inquiry |
| 80 | | | | | | Letter to Colonel Albert F. Riggle re: Mr. Sebala's situation |
| 81 | | | | | | Congressional Inquiry Staff Summary Sheet |
| 82 | | | | | | Response to Congressional Inquiry by Col Torres |
| 83 | | | | | | Letter from Senator Akaka to EEO Hickam AFB |
| 84 | | | | | | List of employees at 15 LGRVM |
| 85 | | | | | | Vacancy Announcement for Mobile Equipment Servicer Position |
| 86 | | | | | | Instructions for Selection |
| 87 | | | | | | Candidate Referral List and Referrals |
| 88 | | | | | | Resumes for Applicants |
| 89 | | | | | | Notification of Personnel Action-Chris Vargas |
| 90 | | | | | | MFR by Mr. Nunes re: Mr. Sebala asking for sick leave |
| 91 | | | | | | MFR by Eassie Soares-Haae |
| 92 | | | | | | Memorandum by Mr. Peris |
| 93 | | | | | | E-mail re: Temporary Vacancy |
| 94 | | | | | | Notice of Personnel Action- Sebala |
| 95 | | | | | | Civilian Progress Review Worksheet |
| 96 | | | | | | Sebala's Form 971 |
| 97 | | | | | | Civilian Progress Review Worksheet(Vargas) |
| 98 | | | | | | Civilian Rating Record (Vargas) |
| 99 | | | | | | Civilian Progress Review Worksheet (Vargas) |
| 100 | | | | | | Letter re: Mr. Sebala's Appeal and enclosures |
| 101 | | | | | | Memo re: Notice of Final Interview and Right to File a Discrimination Complaint |
| 102 | | | | | | Memo re: Final Interview |
| 103 | | | | | | EEO Pre-Complaint Intake Form |
| 104 | | | | | | Denial of Request for Reconsideration |
| 105 | | | | | | Memo re: Receipt of Formal Discrimination Complaint |
| 106 | | | | | | Memo re: request for reconsideration |

| | | | | | |
|---|---|---|---|---|---|
| 107 | | | | | DD Form 214 |
| 108 | | | | | Stip to Dismiss Randall Nunes as a Defendant and National Origin claim |
| 109 | | | | | Memo re: Conversation with Mr. Sebala re: non-selection |
| 110 | | | | | Mr. Sebala's handwritten notes |
| 111 | | | | | Fax from Mr. Miller re: Mr. Sebala's employment |
| 112 | | | | | Receipt for fax |
| 113 | | | | | Civilian Leave and Earnings Statements |
| 114 | | | | | 2002 U.S. Individual Income Tax Return Summary |
| 115 | | | | | 2002 Hawaii Individual Income Tax Return Summary |
| 116 | | | | | 2003 U.S. Individual Income Tax Return Summary |
| 117 | | | | | 2003 Hawaii Individual Income Tax Return Summary |
| 118 | | | | | 2004 U.S. Individual Income Tax Return Summary |
| 119 | | | | | 2004 Hawaii Individual Income Tax Return Summary |
| 120 | | | | | Termination of Plan |
| 121 | | | | | Notification of Wire Transfer |
| 122 | | | | | Retirement Account Summary |
| 123 | | | | | Letter re: Benefits earned under Pension Plan |
| 124 | | | | | Account Summary |
| 125 | | | | | Account Summary |
| 126 | | | | | 2002 & 2003 W-2 Wage and Tax Statement |
| 127 | | | | | 2004 W-2 |
| 128 | | | | | Form 1099-G |
| 129 | | | | | Receipt for fax |
| 130 | | | | | Receipt for fax |
| 131 | | | | | Receipt for mailing documents |