# EXHIBIT "17"

STEP

① V AFAIRS TALK TO LADY SHE TOOK MY NAME + SOCIAL SECURITY NUMBER SAID DON'T HANDLE CASE REFURED TO LABOR + HIRING

② GILL HOUGH, HE STATED THE LAW TO ME — AND SAID WRITE CALL CONGRESS MAN (586-8827)

③ V AFAIRS SAID CALL PERSONEL AT JOB SITE

④ TALK TO GREG — SAID BEVERLY WOULD CALL ME BACK

⑤ GREG TOLD ME TO TALK TO RANDY I CALL HE SAID HE PICKED THE BEST QUALIFIED PERSON

⑥ CALL PERSONEL AGAIN TALK TO BEVERLY. SHE SAID THERE SHOULD HAVE BEEN A BLOCK ON A NONE VIET. TO A VIET THAT WAS THE GARDENER JOB

**EXHIBIT "17"**