# EXHIBIT

# "18"



DEPARTMENT OF THE AIR FORCE     5 Sept. 2002
PACIFIC AIR FORCES

MEMORANDUM FOR RECORD

FROM: Randall Nunes, GP Shop Supervisor

SUBJECT: Peter Sebala Sick Leave Notification

1. On 28 August 2002 at 0615, received telephone call from Peter Sebala who was requesting sick leave for the day. In our telephone conversation, you told me you were sick so I asked "What was ailing you?", you replied "You had upset stomach, your birthday the night before, you ate something that upset your stomach". I then told you that of all the days, we had a lot of tires to finish at the shop, and if you could come in, you told me that you were sick with the stomach problems. I told you I'll put you on 8 hrs. sick leave and told you to take care yourself.

2. On 29 August 2002 at 0840, Peter Sebala approached me and asked to talk to me about something, so we proceeded into my office. Peter asked me "Why I questioned him about being sick on the day he called in?" "Why? " He said" Do I abuse my sick leave?" I said" No and that all I was trying to find out why he was sick". Peter then replied "I didn't like the way you said it and that I offended his family and that this is not over". I replied"If I offended you by the way I talk, that I was sorry and that we were at the end of the month to wrap up a lot of work so we didn't have to go into overtime." Peter said with anger "It's not over and He's sick , put me on sick leave!" and left the office and compound very upset.

3. I informed Tim Peris of this event and that I was going to write it all down in a memo. I was on leave from 30 August to 4 Sept. 2002.

4. On 5 Sept. 2002 at 0935, I asked Peter Sebala if I could talk to him and discuss the leave policy. I explained to him that I will ask questions about the nature of your illness, such as What kind of sickness do you have? And How long you going to be out and if at all possible, you could come in to work anyway? I also explained that I felt that I was just doing my job as a supervisor and that if it seems

EXHIBIT "18"

90

like I'm giving you the 3rd degree, that this was not the case here and that you may have perceived it wrong. I said "That this is why I'm talking to you about it so that we could end it here and not take it further". Peter replied "You have to do what you gotta do and I going do what I gotta do". I again replied " I would like to settle it here", Peter said " You was ragging on me that day and that he was getting angry".  I told Peter that I would like to end it here and if he fully understood my policy? Peter insisted on taking it further.

*Randall Nunes*
Shop Supervisor, WS 10
15 LG/LSDVM