# EXHIBIT "19"



**DEPARTMENT OF THE AIR FORCE**
**PACIFIC AIR FORCES**

MEMORANDUM FOR RECORD

FROM: Mr. Eassie Soares-Haae, Acting Supervisor for the General Purpose Shop

SUBJECT: Incident with Mr. Peter Sebala

In the absence of my supervisor Mr. Nunes, I filled in as acting supervisor in December 2002.
On 13 December 2002, I went into the Tire shop to check on the shop equipment and noticed that Peter Sebala was standing near the water fountain doing nothing.
As I approached him, he called out to me in an angry voice saying: "What! You like something" He sounded like he was angry at me for what reason I don't know. He was confrontational so I left the tire shop.

                                                 Eassie Soares-Haae
                                                 Auto Mechanic, WG-10
                                                 15 LRS/LGRVMG

EXHIBIT "19

71