# EXHIBIT

# "20"

PERSONAL DATA - PRIVACY ACT OF 1974

PREPARED 02 JAN 29 03:04                                                      AS OF 02 JAN 28 PC

REPORT ON INDIVIDUAL PERSON (PA)

RPT B - SUPERVISOR'S COMMENTS - RECORD COMMENTS AND EVENTS OCCURRING DURING THE YEAR, E.G., LETTER OF APPREC
R SEBALA PETER G                   SESSION LEADING TO DISCIPLINARY OR ADVERSE ACTION, PERFORMANCE OR CONDUCT
                                   FILE WITH NEW PART C, IF DISCIPLINARY OR PERFORMANCE ACTION HAS BEEN NOTE

DESCRIPTION OF EVENT:

2/1/02 — Discussed final evaluation w/employee

2/7/02 — Counseled peter Sebala on the leave policy when calling in to request leave (ie. see attached memo)

9/5/02 — Conduct Mid-Year Performance Feedback

1/3/03 — employee lost work

1/27/03 —

EXHIBIT "20"

FORM 971, OCT 1986 (COMPUTER GENERATED); DOD EXCEPTION TO STANDARD FORM 7B APPROVED BY GSA/IRMS 6-86
N SE500-R01 HA   SUPURF                                                        PAGE 50