IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | CIVIL NO. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| DR. JAMES G. ROCHE, SECRETARY, DEPARTMENT OF THE AIR FORCE, | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF COUNSEL

I, VENETIA K. CARPENTER-ASUI, state that:

1. I am the attorney for the Plaintiff in the above-entitled action, and am duly licensed to practice before all Courts in the State of Hawaii.

2. I make this statement based upon my personal knowledge and information, and submit the same in support of Plaintiff's Memorandum in Opposition to Defendant's Motion in Limine to Exclude Evidence of Selectee's Work History.

3. Attached hereto at exhibit A is a true and correct copy of Plaintiff's Civilian Progress Review Worksheet dated 10/3/02 as received from Defendant.

4. Attached hereto at exhibit B is a true and correct copy of employee Christopher L. Vargas Personal Data sheet as received from Defendant.

5. Attached hereto at exhibit C is a true and correct copy of employee Christopher L. Vargas Record of Counseling as received from Defendant.

I, VENETIA K. CARPENTER-ASUI, do declare under penalty of law that the foregoing is true and correct.

DATED:   Honolulu, Hawaii, January 24, 2006.

_____
VENETIA K. CARPENTER-ASUI