# CIVILIAN PROGRESS REVIEW WORKSHEET

## PRIVACY ACT STATEMENT

*Authority: 10 U.S.C. 8013 and Executive Order 9397.*
*Purpose: The social security number is needed to correctly identify the employee.*
*Routine Use: None*
*Disclosure is Voluntary: However, without it, it may affect the ability to accurately identify the employee and the records.*

| EMPLOYEE (Last Name, First, Middle Initial) | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| Sebala, Peter G. | 15LRD/LGRVMG | 20021003 | 1 April to Sept. 2002 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint. This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee. Use of this form is mandatory, and is meant to facilitate communication concerning performance. The process is intended for employee development and to help the individual. The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact the rating of record at the end of the appraisal period. Do not forward the form to the personnel flight. It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period. Place an "X" at the appropriate place on the arrowed line. Use the space provided for any comments (optional). Performance items not observed are not rated.

|  | needs significant improvement ← → needs little or no improvement | COMMENTS |
|---|---|---|
| **1. PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | Has met required skill level. Good Job! |
| - Element 1 | X (right) | |
| - Element 2 | X (right) | |
| - Element 3 | X (middle) | |
| - Element 4 | X (middle) | |
| - Element 5 | X (middle) | |
| - Element 6 | X (middle-left) | |
| - Element 7 | | |
| - Element 8 | | |
| - Element 9 | | |
| - Element 10 | | |
| - Element 11 | | |
| - Element 12 | | |
| - Element 13 | | |
| - Element 14 | | |
| **2. COOPERATION/RESPONSIVENESS** | | |
| - Skilled at working with individuals or groups | X | |
| - Is an enthusiastic follower | X | |
| - Is a skilled leader | | not rated |
| **3. ORGANIZATIONAL SKILLS** | | |
| - Uses resources effectively | X | |
| - Sees future problems and heads them off | X | |
| - Plans and schedules work effectively | X | |
| - Adapts well to new demands | X | |
| **4. COMMUNICATION** | | |
| - Listens well | X | |
| - Effective in oral communication | X | |
| - Writes clearly | X | |
| **5. DUTY PERFORMANCE** | | |
| - Work is of appropriate quality and quantity | X | |
| - Work is timely | X | |
| **6. THOROUGHNESS** | | |
| - Completes a job on his/her own | X | |
| - Follows up when necessary | X | |
| **7. ADDITIONAL ITEMS** | | |
| - Accomplishes required items as appropriate | | |

| RATER (Supervisor's signature) | EMPLOYEE (Signature Optional) | DATE (YYYYMMDD) |
|---|---|---|
| [signature] | [signature] | 10/3/02 |

AF FORM 860B, 19990701 (EF-V1)

"A"