```
9Q2287HAHLORFSXY   LSDMC                    PERSONAL DATA - PRIVACY ACT OF 1974
                                                                    AS OF : 11 MAY 2002
```

NAME: Christopher L. Vargas
SSAN: ███████

PART B- SUPERVISOR'S COMMENTS - Record comments and events occuring during the year, e.g., Letter of Appreciation, Counseling leading to disciplinary adverse action, performance or conduct. Detach this part and file with new part C if disciplinary performance action has been noted.

| DATE: | DESCRIPTION OF EVENT: |
|---|---|
| 06-10-02 | Discussed Term Appointment and job performance. Chris exceeds all expectations. |
| 04-30-03 | Discussed Aprasil. Mr. Vargas has accepted permanent position in 1ST LRD effective 05-04-03 |
| 2/12/03 | 860B Feedback Review w/employee |
| 5/5/03 | conducted employee orientation briefing + checklist |
| 2/12/04 | conduct performance feedback per completion of probationary period |
| 2/19/04 | FOO Review feedback w/employee |
| 4/29/04 | OSIS - Employee involved in verbal threat by Mr. ACL Safety Head to Mr McManus (ie. abuse argued 4/27/04 at 09-6945) |
| 4/30/04 | Interview with employee allege Mr ACE Safety Hist threatened him verbally after careful review of all statements concerning case employee and me shook hour agrees to base in this case due to misunderstanding between each other — |
| 9/9/04 | Review 860B feedback W/employee |
| 1/12/05 | Counsel employee on proper PPE + Safety Procedures for Brake Repairs (ie. Wet Matters only-chain, brake water)M |
| 3/7/05 | Counsel employee on losing his temper (ie... swearing + challenging my authority about throwing rocks)M |
| 4/27/05 | Review 860A Feedback w/employee (continuous work on temper control + swearing)M |
| 5/12/05 | Caught employee drunk though management w/info w/ACE supervisor there 5/12/05 M |
| 5/19/05 | Issued letter of Counseling one level employee on proper conduct |
| 10/21/05 | Review 860B w/employee M |

REPORT NAME: RP721

"B"