# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00404SPK-LEK |
| CASE NAME: | Peter Sebala Vs. Dr. James G. Roche, etc. |
| ATTYS FOR PLA: | Venetia K. Carpenter-Asui |
| ATTYS FOR DEFT: | R. Michael Burke<br>Erin Wirtanen |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Samuel P. King | REPORTER: | Cynthia Fazio |
| DATE: | 1/27/2006 | TIME: | 9:10am-9:15am |

COURT ACTION:  EP: Defendant's Motion for Summary Judgment-Court hereby Denies the Motion.

Non Jury Trial-set for 2/7/2006 before Judge S. King.

Plaintiff-5 Live Witnesses

Defendant-2 Live Witnesses

Trial Hours-10:00 a.m.-4:00 p.m.

Court will address Defendant's Motion in Limine to Exclude Evidence of Selectee's Post-Employment Work History and Defendant's First Motion in Limine to Exclude Evidence of Selectee's Post-Employment Work History on 2/7/2006 at time of the Trial.

Submitted by Leslie L. Sai, Courtroom Manager