EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
Secretary, U.S. Air Force

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER G. SEBALA, ) | CIVIL NO. 04-00404 SPK-LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE RE: |
| ) | ADDENDUM TO CONCISE STATEMENT |
| vs. ) | IN SUPPORT OF DEFENDANT'S |
| ) | MOTION FOR SUMMARY JUDGMENT |
| JAMES G. ROCHE, DR., ) | |
| SECRETARY, DEPARTMENT OF THE ) | |
| AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE RE:  ADDENDUM TO CONCISE STATEMENT
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

```
Served by Facsimile                    January 26, 2006

Venetia K. Carpenter-Asui, Esq.
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii  96813

Attorney for Plaintiff
Peter G. Sebala


DATED:   January 27, 2006, at Honolulu, Hawaii.


                              /s/ Myra Y. Peterson
                              _____
```