# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV NO. 04-00404SPK-LEK

CASE NAME:         Peter G. Sebala Vs. James G. Roche, etc. et al.

ATTYS FOR PLA:     Venetia K. Carpenter-Asui

ATTYS FOR DEFT:    R. Michael Burke and Major Erin Wirtanen

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Samuel P. King | REPORTER: | Cynthia Fazio |
| DATE: | 2/7/2006 | TIME: | l0:00am-12:11am<br>1:49pm-4:40pm |

COURT ACTION:  EP: Non Jury Trial-(1st Day)-Plaintiff-Peter Sebala  present.

Trial Briefs that were previously filed will be the opening statements on behalf of the Plaintiff and Defendant.

Plaintiff Witnesses- Randall Nunes-CST, Eassie "A" Soares-Haae-CST, Christopher Vargas-CST, Michael Oyadomori-CST and Peter Sebala-CST.

Plaintiff Exhibits-9a, 10, 12, 12a through 12d, 13, 13a, 16, 53a through 53d, 59, 59a, 60a, 60b, 75-page 10, 75-page 11,  75- page 60,75-pages 76 & 77, 75-page 78, 75-page 83, 75 page 86 and  75 page-87.

Defendant's Motion in Limine to exclude Evidence of Selectee's Post-Employment Work History, Defendant's First Motion in Limine to Exclude Evidence of Selectee's Post-Employment Work History and Plaintiff's Motion in Limine regarding Plaintiff's proposed Trial Exhibits. These Motions' in Limine  will be addressed as the evidence comes in during  the Trial.

Further Non Jury Trial-(2nd Day) continued to 2/8/2006 @l:00 p.m.

Submitted by Leslie L. Sai, Courtroom Manager