# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV NO. 04-00404SPK-LEK

CASE NAME:          Peter G. Sebala Vs. Dr. James G. Roche, etc.

ATTYS FOR PLA:      Venetia K. Carpenter-Asui

ATTYS FOR DEFT:     R. Michael Burke
                    Major Erin Wirtanen

INTERPRETER:

JUDGE:   Samuel P. King              REPORTER:   Cynthia Fazio

DATE:    2/8/06                      TIME:       1:00pm-3:15pm

COURT ACTION:  EP: Further Non Jury Trial-(2nd Day)-Plaintiff Present.

Plaintiff Witness-Peter Sebala-Resumed Witness Stand.

Plaintiff's Exhibits-62 through 74-Admitted, 75 pages 44 through 51-Admitted, 75 page 52-Admitted, 75 pages 56 through 65-Admitted and 75 pages 66 through 74-Admitted.

Plaintiff Rested.

Defendant Witnesses-Mark Miller-CST

Defendant's Exhibits 200 through 239-Admitted.

Oral Stipulation stated for the Record regarding a Witness to be called by the Defendant regarding Personal Records.

Defendant Rested.

Court denies all Three Motions in Limine listed below-

Defendant's Motion in Limine to exclude evidence of Selectee's Post-Employment Work History.

Defendant's First Motion in Limine to Exclude Evidence of Selectee's Post-Employment Work History.

Plaintiff's Motion in Limine regarding Plaintiff's proposed Trial Exhibits.

There will be no Oral Closing Argument.

Amended Proposed FFCL to be filed by April 3, 2006.

At that time this case will be under submission.

Submitted by Leslie L. Sai, Courtroom Manager