IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER G. SEBALA, ) | Civil No. 04-00404 SPK-LEK |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF |
| vs. ) | COUNSEL |
| ) | |
| JAMES G. ROCHE, DR., ) | |
| SECRETARY OF THE AIR ) | |
| FORCE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, VENETIA K. CARPENTER-ASUI, state that:

1. I am the attorney for the Plaintiff in the above entitled action. I am licensed to practice law before all Courts in the State of Hawaii.

2. I make this statement based upon my personal knowledge.

3. Attached hereto as exhibit A is a true and correct copy of excerpts from the trial transcript.

I, Venetia K. Carpenter-Asui, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 17, 2006.

_____
VENETIA K. CARPENTER-ASUI