AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| PETER G. SEBALA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00404SPK-LEK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| RANDELL NUNES; JAMES G. ROCHE, DR., SECRETARY, DEPARTMENT OF THE AIR FORCE, | July 6, 2006 At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment shall enter in favor of Defendant James G. Roche, in his capacity as Secretary of the United States Air Force, and against Plaintiff Peter G. Sebala pursuant to the "Findings of Fact and Conclusions of Law" filed on July 6, 2006.

cc:   all counsel of record

| July 6, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |