*notpaid*
*CC·SPK*

ORIGINAL

VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI    6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone:  (808) 523-6446
Facsimile    (808) 523-6727

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff-Appellant
PETER G. SEBALA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER G. SEBALA, | ) | Civil No. 04-00404 SPK-LEK |
| | ) | |
| Plaintiff-Appellant, | ) | PLAINTIFF'S NOTICE OF |
| | ) | APPEAL; REPRESENTATION |
| vs. | ) | STATEMENT; EXHIBIT "A"; |
| | ) | CERTIFICATE OF SERVICE |
| JAMES G. ROCHE , DR., | ) | |
| SECRETARY OF THE AIR | ) | |
| FORCE, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| _____ | ) | |

PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff PETER G. SEBALA

("Plaintiff-Appellant"), in the above-entitled case, hereby appeals to the

United States Court of Appeals for the Ninth Circuit from the final Judgment

entered in this action on the 6th day of July, 2006, attached hereto as exhibit

"A" along with the Findings of Fact and Conclusions of Law.

DATED:    Honolulu, Hawaii, _____7/20_____, 2006.

                                 _____

                                 VENETIA K. CARPENTER-ASUI
                                 Attorney for Plaintiff-Appellant
                                 PETER G. SEBALA

<u>PLAINTIFF'S REPRESENTATION STATEMENT</u>

Plaintiff-Appellant PETER G. SEBALA ("Plaintiff-Appellant"), in the above-entitled case, hereby gives notification that he is represented by:

        VENETIA K. CARPENTER-ASUI, ESQ.
        Haseko Center
        820 Mililani Street, Suite 812
        Honolulu, Hawaii 96813
        Telephone:  (808) 523-6446
        Facsimile    (808) 523-6727

Defendant-Appellee is represented by:

        R. MICHAEL BURKE, ESQ.
        Office of the U.S. Attorney
        PJKK Federal Building, Room 6-100
        300 Ala Moana Blvd.
        Honolulu, Hawaii 96850
        Telephone:  (808) 541-2850
        Facsimile:  (808) 541-2958

DATED:    Honolulu, Hawaii, _____7/20_____, 2006.

        _____
        VENETIA K. CARPENTER-ASUI
        Attorney for Plaintiff-Appellant
        PETER G. SEBALA

3