# Court Copy

## U.S. District Court - Hawaii
Receipt for Payment

*For Internal Use Only*

Receipt   **235974**

Trans   141059

Received From:   **VENETIA CARPENTER-ASUI**
Case Number:
Reference Number:   **CV 04-404**

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | **455.00** |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

07/25/2006 01:16:35 PM   Deputy Clerk:  bb/LG