# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 11, 2006

To All Counsel of Record as Appellees:

    IN RE:    PETER G. SEBALA vs. JAMES G. ROCHE, DR., SECRETARY OF THE AIR FORCE

    CIVIL NO. 04-00404SPK-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on July 20, 2006.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    PETER G. SEBALA (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS