# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   PETER G. SEBALA vs. JAMES G. ROCHE, DR., SECRETARY OF THE AIR FORCE

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 04-00404SPK-LEK

II   **DATE NOTICE OF APPEAL FILED:**   July 20, 2006

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 07/25/06            **AMOUNT:**   $455.00

**NOT PAID YET:**                **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**         **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)