# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 11, 2007

To: United States Court of Appeals    Attn: (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk              ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )   Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CV 04-00404SPK        Appeal No:    06-16484

Short Title:    Sebala vs. Nunes

| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| --- | --- | --- |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other: 1 Administrative Record
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
APR 13 2007
FILED _____
DOCKETED _____ DATE _____
T. Rosenthal

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 20 2007
DISTRICT OF HAWAII