ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER G. SEBALA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>RANDELL NUNES,<br><br>    Defendant,<br><br>and<br><br>JAMES G. ROCHE, Dr.,<br><br>    Defendant - Appellee. | No. 06-16484<br>D.C. No. CV-04-00404-SPK<br>District of Hawaii, Honolulu<br><br>**MANDATE**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>AUG 1 9 2008<br><br>at __4__ o'clock and __3__ min. __P__ M<br>SUE BEITIA, CLERK |

The judgment of this Court, entered 6/20/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk